

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RAB
F. #2022R0013

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2025

<u>By E-mail</u>

The Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    United States v. John Merrone
            <u>Criminal Docket No. 25-171 (DLI) (LKE)</u>

Dear Judge Eshkenazi:

       The government respectfully moves for an order partially unsealing the indictment and arrest warrant in the above-captioned matter to allow the government to provide the materials to the defendant's counsel and the defendant's victims as needed for notification purposes.

       Respectfully submitted,

       JOSEPH NOCELLA, JR.
       United States Attorney

By:          /s/
           Rachel A. Bennek
           Assistant U.S. Attorney
           (718) 254-6140

Enclosure

cc:    Clerk of Court (by ECF)