

BARKET EPSTEIN KEARON ALDEA & LoTurco, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

June 17, 2025

Hon. Ramon E. Reyes, Jr.
United States District Court Judge
United States District Court – Eastern District of New York
225 Camden Plaza E.
Brooklyn, New York 11201

Re:   ***United States v. John Merrone***
   **Index No.: 25-CR-171**

Dear Judge Reyes:

As you are aware, this office represents the Defendant, John Merrone, in the above-referenced matter presently pending before this Honorable Court. We are writing to respectfully request a Court Order permitting the temporary removal of Mr. Merrone's GPS monitoring ankle bracelet so that he can undergo an MRI later this week. Our office has reached out to both Assistant U.S. Attorney Rachel Bennek, and Mr. Merrone's Pretrial Probation Officer, Cory Sutton, and both have given their consent for the temporary removal of Mr. Merrone's ankle bracelet. Both are cc-ed here.

Mr. Merrone's MRI appointment is scheduled for this Thursday, June 19, at 11:00 a.m., but due to the Juneteenth Holiday, the pretrial supervision office Mr. Merrone reports to in Tennessee will be closed for the day. As such, an order permitting the temporary removal of Mr. Merrone's GPS monitoring bracelet in the afternoon of Wednesday, June 18, and reapplication of said bracelet in the morning hours of Friday, June 20, is respectfully requested. The diagnostic testing Mr. Merrone is scheduled to undergo on Thursday is related to severe injuries Mr. Merrone suffered as the result of an accident he was involved in on January 7, 2025. Mr. Merrone underwent surgery this past March to treat herniated disks he sustained in this accident, and Thursday's MRI is necessary to ascertain the severity of the hip damage he suffered from this accident as well. Mr. Merrone provided proof of his scheduled appointment to Officer Sutton.

The Court's prompt attention to this pressing matter is greatly appreciated, as is the cooperation of AUSA Bennek and Officer Sutton in consenting to the temporary removal of our client's GPS ankle monitor.

Respectfully yours,

Aida F. Leisenring, Esq.
*Attorney for the Defendant*

Enc.
cc: Rachel Bennek, Assistant United States Attorney
cc: Cory Sutton, United States Pretrial and Probation Services
AFL/kjc

 Outlook

## RE: Merrone MRI/ Ankle Monitoring Device

**From** Bennek, Rachel (USANYE) <Rachel.Bennek@usdoj.gov>

**Date** Tue 6/17/2025 11:22 AM

**To** Cody Sutton <Cody_Sutton@tnmp.uscourts.gov>; Aida Leisenring <aleisenring@barketepstein.com>

**Cc** Bruce Barket <bbarket@barketepstein.com>; Kevin Casey <kcasey@barketepstein.com>; Bensing, Kayla (USANYE) <Kayla.Bensing@usdoj.gov>

Hi Aida:

We do not object as long as he provides probation with documentation regarding the appointment in advance of removing the bracelet.

Thanks,

Rachel A. Bennek (Shanies)
Assistant United States Attorney
Eastern District of New York
271A Cadman Plaza East
Brooklyn, New York 11201
718.254.6140 (Office)
929.289.2317 (Cell)
rachel.bennek@usdoj.gov

**From:** Cody Sutton <Cody_Sutton@tnmp.uscourts.gov>
**Sent:** Tuesday, June 17, 2025 11:12 AM
**To:** Aida Leisenring <aleisenring@barketepstein.com>
**Cc:** Bennek, Rachel (USANYE) <Rachel.Bennek@usdoj.gov>; Bruce Barket <bbarket@barketepstein.com>; Kevin Casey <kcasey@barketepstein.com>
**Subject:** [EXTERNAL] Re: Merrone MRI/ Ankle Monitoring Device

No objection from TN probation office.

Sent from my iPhone

> On Jun 17, 2025, at 10:06 AM, Aida Leisenring <aleisenring@barketepstein.com> wrote:

**CAUTION - EXTERNAL:**

Hi Rachel,

I just got off the phone with Mr. Merrone's pretrial officer who indicated, along with Mr. Merrone, that Mr. Merrone has a scheduled MRI this Thursday, June 19 at 11 AM at Houston Clinic Orthopedics in Nashville, TN for his hip. He has had this

appointment scheduled for a long time and as you may recall, he had surgery in March and long-standing back issues involving herniated discs. For him to successfully complete the MRI he must have the ankle monitoring device temporarily removed. The problem is that pretrial's office is closed on June 19 (Juneteenth) so we will have to get Court authorization for pretrial to remove his device Wednesday afternoon and put it back on Friday morning.

Would you consent to this request. It is my understanding that pre-trial (Officer Sutton, cc-ed here) approves.

I would like to get this letter to the Court out today. Thank you for your time and consideration.

Best,

Aida Leisenring


Aida Ferrer Leisenring, Esq.
Partner
Barket Epstein Kearon Aldea & LoTurco, LLP.
666 Old Country Road, Ste. 700
Garden City, NY 11530
(516) 745-1500

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**