

**BARKET**EPSTEIN
BARKET EPSTEIN KEARON ALDEA & LoTurco, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

November 19, 2025

Hon. Ramon E. Reyes, Jr.
United States District Court Judge
United States District Court – Eastern District of New York
225 Camden Plaza E.
Brooklyn, New York 11201

Re:     ***United States v. John Merrone***
         **Index No.: 25-CR-171**

Dear Judge Reyes:

Please be advised that this firm represents Mr. John Merrone, the Defendant in the above-referenced matter. Pursuant to the Court's inquiry during the last court appearance regarding the filing of pretrial suppression motions, the defense has now had sufficient time to review the discovery materials. Counsel has also conferred with the government. Based on that review and those discussions, I can confirm that there are no statements, identifications, or physical evidence in this case that would be the subject of a suppression motion. However, if at some point in the future a motion on a material issue becomes necessary, the Court will be notified immediately.

I thank the Court for its time and consideration, and for granting us the time to allow counsel to fully address the question.

Respectfully submitted,

*/s/ Aida Leisenring /s/*

**Aida Leisenring, Esq.**
*Attorney for the Defendant*