THE COURT: All right. Well, if he wants to make a statement we'll let him make a statement so you can have it for purposes of argument. He can come to the podium or you can do it right there is fine.

THE DEFENDANT: Good afternoon, Your Honor. Thank you for allowing me to say a few words today.

We're here because I have been involved in one of the most irrevocable situations. I've had five months of hard time every day reflecting upon my role in this incident, and I regret above all the terrible lapse in judgment that I displayed. Most importantly for my lapse of judgment sitting in a bar and drinking alcohol from 5 p.m. to midnight and in addition permitting and encouraging ███ to drink so much alcohol, as we were both very intoxicated.

My judgment after the consumption of alcohol was most definitely clouded. Although I do not offer this as an excuse, it is just a fact of what happened that night. I owe many people apologies. First I have to apologize to ███ for a severe breakdown in communication that evening.

I apologize for any suffering or injury, both emotional and physical, that she may have suffered that evening. I did not force myself on her in any way and I most certainly did not intend to keep her somewhere she



did not want to be.

I apologize to the respected members of the court for having to endure such a graphic trial. I apologize to my family for the burden I've become and what I have put them through, and I especially apologize to my father who put his retirement in jeopardy to save his son.

The consequences of my action of my poor judgment have been personally devastating. I have learned some very harsh lessons from this ordeal. I will never let alcohol cloud my judgment again and I will never drink again and I will seek a program to ensure that I never do.

The consequences of my actions have affected so many lives. The personal consequences have been the loss of my business, the loss of my life savings, the loss of my personal lifestyle. The sea has been my life. I have worked all of my adult life to be on the sea and I crave the ocean. All of my dreams may now be dashed. My career and significant achievements are soon to be lost. My license will soon be revoked as well as my union membership will be lost and any hopes of resuming my life at sea is fading.

This has been a harsh education of our justice system and I have learned many things, the hardest is

