

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| KCB/RAB | *271 Cadman Plaza East* |
| F. #2022R00013 | *Brooklyn, New York 11201* |

April 1, 2026

By ECF

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. John Merrone
>      Criminal Docket No. 25-171 (RER)

Dear Judge Reyes:

The government respectfully writes to request that the enclosed stipulation concerning materials being produced in advance of trial in this matter, pursuant to the Jencks Act, Title 18, United States Code, Section 3500, and pursuant to *Giglio v. United States*, 405 U.S. 150, 154 (1972), and its progeny (collectively hereinafter the "3500 Material"), be so ordered by the Court. The proposed stipulation and order, which has been signed by the parties, is respectfully enclosed for the Court's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  _____/s/_____
Kayla Bensing
Rachel A. Bennek
Assistant U.S. Attorneys
(718) 254-6140

cc:  Defense Counsel (By ECF)