# Exhibit A

  

9/9/19, 6:48 PM

Cpt just messaged me

Asking if we wanna drink an ole zero

Yeah same

Wtf

Do we go

Idk

Like um not a fan of Coke Zero

Are we drinking a coke or what?

I feel like it's code

Like is there alc in it

Yeah idk lol

Should we go?

I have no idea

Ahh shit

Lol what?

Did you respond to him



No





