# EXHIBIT B

# SEALED DOCUMENT