# Exhibit C





# Extraction Report - Facebook Warrant Return

## Participants

 

 100006033840295
John Merrone (owner)

## Conversation - Instant Messages (9)

From: 100006033840295 John Merrone (owner)

call. Duration 212

9/2/2019 8:57:57 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From: 100006033840295 John Merrone (owner)

Is your father ok?

9/2/2019 9:09:05 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From: 100006033840295 John Merrone (owner)

Drinking contaminated soda

9/2/2019 9:48:17 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From:

so far dad ok but not sure about malana she moved to bocco raton

9/2/2019 10:00:17 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From: 100006033840295 John Merrone (owner)

Well she in Boca means she has money to rebuild

9/2/2019 10:00:59 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From: 100006033840295 John Merrone (owner)

Drinking grey water.  Damn goose is an ass

9/2/2019 10:01:28 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From: ███████ ██████████

still hoping for the best

9/2/2019 10:01:32 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From: ███████ ██████████

what wrong with the soda

9/2/2019 10:01:51 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)

From: 100006033840295 John Merrone (owner)

Lol

9/2/2019 10:02:01 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/preservation-2.html : 0x0 (Size: 10430345 bytes)