# Exhibit D



## Participants





100006033840295
John Merrone (owner)

## Conversation - Instant Messages (4)

From: 100006033840295 John Merrone (owner)

Drinking contaminated soda

9/2/2019 9:47:47 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:

?

9/2/2019 9:48:43 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)

I am sure it was contaminated with a bird that was grey. Maybe a goose

9/2/2019 9:50:49 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:

Got it......lol

9/2/2019 9:51:22 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

1