# Exhibit E




# Extraction Report - Facebook Warrant Return

## Participants

 

 100006033840295
John Merrone (owner)

## Conversation - Instant Messages (26)

From: 100006033840295 John Merrone (owner)

Ok baby get some rest. I miss you drinking some water tonight

10/21/2020 11:13:27 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)

want my baby

10/22/2020 12:18:22 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:

Baby ♥

10/22/2020 12:25:57 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:

Am here

10/22/2020 12:26:01 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:
Love

10/22/2020 12:51:43 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:
Baby when you say you drinking water it means you just having water only???

10/22/2020 12:53:22 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:
Honey I'll go back to sleep I really miss you and thinking about you alot love

10/22/2020 12:53:59 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:
Good morning  my cute boyfriend

10/22/2020 5:43:46 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)
Good morning my love

10/22/2020 9:14:07 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From:
Hello dear

10/22/2020 9:14:30 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)
How r u

10/22/2020 9:14:47 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

**From:**

Am ok,and you baby?

10/22/2020 9:15:05 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

**From:** 100006033840295 John Merrone (owner)

I am good. Finally got some sleep last night

10/22/2020 9:16:01 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

**From:**

That's good

10/22/2020 9:16:16 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

**From:**

And water?

10/22/2020 9:16:23 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

**From:** 100006033840295 John Merrone (owner)

Was contaminatbut I survived

10/22/2020 9:21:53 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

**From:** 100006033840295 John Merrone (owner)

Contaminated

10/22/2020 9:22:01 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

**From:**

What happened baby with water?

10/22/2020 9:22:31 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)



From: [REDACTED]

Love

10/22/2020 9:27:53 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: [REDACTED]

Talk to me

10/22/2020 9:37:39 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)

Sorry baby was in a meeting.

10/22/2020 10:39:00 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)

Water ... and don't know it made me feel funny

10/22/2020 10:39:16 AM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)



From: [REDACTED]

Hahaha why love

10/22/2020 1:07:30 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)



From: [REDACTED]

Darling ♥

10/22/2020 1:08:02 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)

Somebody our whiskey in it

10/22/2020 1:08:41 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)

From: 100006033840295 John Merrone (owner)

Put

10/22/2020 1:08:44 PM(UTC+0)

Source Info:
Merrone Facebook/523414349961022/index.html : 0x0 (Size: 15990784 bytes)