

# LEBEAU FORENSIC TOXICOLOGY CONSULTING, LLC

1001 Boardwalk Springs Place #111
O'Fallon, MO 63368
(314) 312-1284 | marc@lebeau-toxicology.com

Kayla Bensing
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**Dr. LeBeau's Expert Report for**
*UNITED STATES V. MERRONE*
*25-CR-171 (E.D.N.Y.)*

At the request of your office, I was asked to provide background information on drug-facilitated sexual assault, including the pharmacological effects of common drugs associated with these cases.

This report details my qualifications, provides information on the pharmacological effects of ethanol, gamma-hydroxybutyrate (GHB), benzodiazepines, zolpidem, opioids, and cannabis. It also contains calculations to estimate how each standard alcoholic drink affects the blood alcohol concentration of an average 21-year-old woman of a specific size.

*Qualifications:*

With over 36 years of experience as a forensic toxicologist, I have held leadership positions at the FBI Laboratory for much of my career. I earned a bachelor's degree in chemistry and criminal justice, a master's degree in forensic science, and a doctorate in toxicology. Moreover, I am a Board-Certified Fellow of the American Board of Forensic Toxicology.

My participation in relevant professional organizations is extensive. I have served on the Boards of The International Association of Forensic Toxicologists (TIAFT) and the Society of Forensic Toxicologists (SOFT), including as President of both organizations. I am also a Fellow of the American Academy of Forensic Sciences (AAFS), Chair of the Chemistry Scientific Area Committee of the Organization of Scientific Area Committees for Forensic Science (OSAC), and Chair of the AAFS Standards Board Toxicology Consensus Body.

I have authored over 30 research articles and nine book chapters, and I regularly provide instruction on forensic toxicology to international audiences. My CV outlines my professional experience, education, training, certifications, memberships, committee involvement, awards, recognitions, continuing education, presentations, scholarly articles, and recent testimonies.

***Materials Reviewed:***

I did not receive any case-related materials to review in this matter.

***Key Facts Considered:***

I was asked to assume that a female involved in this matter was 21 years old, weighed 165 pounds, and was 5'8" tall.

***Background Information on Drug-Facilitated Sexual Assault:***

Drug-facilitated sexual assaults (DFSA) are sexual acts in which a substance is used to impair a person's behavior, perception, or decision-making capacity, thereby enabling exploitation or non-consensual acts.[1,2] Perpetrators often use strong sedatives, anesthetics, or other intoxicating substances – either through deception or without the victim's knowledge – to impair their ability to give consent or resist unwanted sexual activity or contact.[3] Substances, such as alcohol, prescription medications, or illicit drugs, can be secretly added to someone else's drink without their awareness or consent. This often requires careful preparation, like pre-dissolving pills and filtering out insoluble materials, or selecting a beverage that can mask any taste of the drug, to make the added substance undetectable to the victim. Alternatively, the perpetrators may exploit individuals who have already voluntarily taken these substances.

Although the media tends to focus on just a few drugs when discussing DFSA, more than 100 substances have been associated with these cases.[4] Central nervous system (CNS) depressants, including ethanol, gamma-hydroxybutyrate (GHB), benzodiazepines, zolpidem, barbiturates, antihistamines, and other sedative-hypnotics, are frequently implicated.[5,6,7,8] The pharmacological effects of CNS depressants can create conditions that severely disadvantage victims and aid

---

[1] LeBeau, M., et al. Recommendations for Toxicological Investigations of Drug-Facilitated Sexual Assaults. *Journal of Forensic Sciences*, Jan 1999, Vol. 44, Number 1, https://doi.org/10.1520/JFS14442J

[2] Abarbanel, G. "The Victim" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 1.

[3] LeBeau, M.A. and Montgomery, M.A. Challenges of Drug-Facilitated Sexual Assault. *Forensic Science Review*, Jan 2010, Vol. 22, Number 1, PMID: 26242451

[4] LeBeau, M. and Noziglia, C.M. "Analysis of Biological Evidence from DFSA Cases" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 211.

[5] ANSI/ASB Standard 121, *Standard for the Analytical Scope and Sensitivity of Forensic Toxicological Testing of Urine in Drug-Facilitated Crime Investigations*, First Edition, 2021 (https://www.aafs.org/sites/default/files/media/documents/121_Std_e1.pdf).

[6] Society of Forensic Toxicologists. *Recommended Minimum Performance Limits for Common DFC Drugs and Metabolites in Urine Samples.* 2024 https://www.soft-tox.org/assets/DFCLiterature/SOFT%20Drug%20facillitated%20Crimes%20recommended%20Cutoffs_2024.pdf

[7] United Nations Office on Drugs and Crime. *Guidelines for the Forensic Analysis of Drugs Facilitating Sexual Assault and Other Criminal Acts*. 2011 https://www.unodc.org/documents/scientific/forensic_analys_of_drugs_facilitating_sexual_assault_and_other_criminal_acts.pdf

[8] Hessler, M.R., Kacinko, S.L., and Logan, B.K. Drug-Facilitated Crime: A Review of Findings Between 2019 and 2023. *Journal of Forensic Sciences*, 2025, Vol 70. https://doi.org/10.1111/1556-4029.70151

perpetrators.[9] These substances typically produce sedation, muscle relaxation, and cognitive impairment that leave victims unable to defend themselves or escape dangerous situations.[10] Many of these drugs also cause anterograde amnesia, so victims may experience partial or complete memory loss for events that happen while under the influence.[11] This memory impairment causes major challenges for victims afterward, as they might have trouble remembering important details about the assault.

Furthermore, cognitive dysfunctions, especially in working memory and the acquisition of new information, can impair judgment and decision-making abilities.[12,13] These deficits can hinder an individual's ability to give informed consent, as cognitive slowing and memory issues reduce understanding and the capacity to make voluntary choices.

The combination of physical incapacitation, altered consciousness, and memory gaps makes DFSAs especially difficult to investigate and prosecute, while leaving victims with deep trauma and uncertainty about what happened to them.[14]

It is not unusual for victims of DFSA to recontact the person who assaulted them, or even to maintain a relationship with the individual after the event.[15,16,17] This behavior is often a direct result of the amnesiac effects of the drugs often used in these cases. Because the drugs used to facilitate sexual assaults often cause "blackouts", victims are left with only fragmented memories of the event. They may experience self-doubt and question whether an assault truly occurred or if they simply misremembered the night.[18]

---

[9] Abarbanel, G. "The Victim" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 1.

[10] LeBeau, M.A. and Montgomery, M.A. Challenges of Drug-Facilitated Sexual Assault. *Forensic Science Review*, Jan 2010, Vol. 22, Number 1, PMID: 26242451

[11] United Nations Office on Drugs and Crime. *Guidelines for the Forensic Analysis of Drugs Facilitating Sexual Assault and Other Criminal Acts*. 2011
https://www.unodc.org/documents/scientific/forensic_analys_of_drugs_facilitating_sexual_assault_and_other_criminal_acts.pdf

[12] Griffin, C.E, et al. Benzodiazepines Pharmacology and Central Nervous System-Mediated Effects. *Ochsner*, 2013, Volume 13, Issue 2 https://pmc.ncbi.nlm.nih.gov/articles/PMC3684331/

[13] Crowe, S.F. and Stranks, E.K. The Residual Medium and Long-Term Cognitive Effects of Benzodiazepine Use: An Updated Meta-Analysis. *Arch Clin Neuropsychol*, 2018, Volume 33, Issue 7 https://doi.org/10.1093/arclin/acx120

[14] LeBeau, M.A. and Montgomery, M.A. Challenges of Drug-Facilitated Sexual Assault. *Forensic Science Review*, Jan 2010, Vol. 22, Number 1, PMID: 26242451

[15] Fields, L. et al. Drug-Facilitated Sexual Assault, Impaired Trauma Memory, and Implications for Mental Health Treatment. *Eur J of Psychotraumatology*, May 2022, Vol. 13, Number 1, https://doi.org/10.1080/20008198.2022.2057165

[16] Shepp, V., O'Callaghan, E., and Ullman, S.E. Interactions with Offenders Post-Assault and Their Impacts on Recovery: A Qualitative Study of Sexual Assault Survivors and Support Providers. *J Aggress Maltreat Trauma*, Sept 2019, Vol. 29, Number 6, https://doi.org/10.1080/10926771.2019.1660443

[17] Littleton, H., et al. Unacknowledged Rape and Re-victimization Risk: Examination of Potential Mediators. *Psychology of Women Quarterly*, 2017, Vol. 41, Number 4, https://doi.org/10.1177/0361684317720187

[18] Fields, L. et al. Drug-Facilitated Sexual Assault, Impaired Trauma Memory, and Implications for Mental Health Treatment. *Eur J of Psychotraumatology*, May 2022, Vol. 13, Number 1, https://doi.org/10.1080/20008198.2022.2057165

And because the perpetrator is often someone they already know and trust, the victim often turns to them as the only other person who can fill their memory gaps. Looking for clarity, they may accept the perpetrator's account of events or seek reassurance from the perpetrator to make sense of the situation.[19,20,21] Trauma research also shows that people sometimes cope with overwhelming fear, shame, and confusion by minimizing what happened, trying to "normalize" the relationship, or convincing themselves it was not really an assault.[22] Doing so can make continued contact with the perpetrator a psychological self-protection strategy rather than a sign that nothing bad occurred.[23]

DFSAs also pose significant challenges for forensic toxicology laboratories, mainly because of the nature of the substances involved and the timing of evidence collection.[24] Because many drugs involved in these assaults are potent central nervous system depressants, a single incapacitating exposure may result in relatively low blood or urine concentrations by the time specimens are collected, which can make them analytically elusive.[25] Their rapid metabolism and excretion mean that even a short delay in collecting biological specimens can result in concentrations falling below detectable levels.[26] This is especially problematic when victims experience anterograde amnesia or unconsciousness, delaying their ability to report the incident and seek medical attention.

The diversity of drugs implicated in DFSA cases further complicates laboratory detection.[27,28,29] Each drug has a unique pharmacokinetic profile that influences how long it remains detectable in

---

[19] Fields, L. et al. Drug-Facilitated Sexual Assault, Impaired Trauma Memory, and Implications for Mental Health Treatment. *Eur J of Psychotraumatology*, May 2022, Vol. 13, Number 1, https://doi.org/10.1080/20008198.2022.2057165

[20] Shepp, V., O'Callaghan, E., and Ullman, S.E. Interactions with Offenders Post-Assault and Their Impacts on Recovery: A Qualitative Study of Sexual Assault Survivors and Support Providers. *J Aggress Maltreat Trauma*, Sept 2019, Vol. 29, Number 6, https://doi.org/10.1080/10926771.2019.1660443

[21] Littleton, H., et al. Unacknowledged Rape and Re-victimization Risk: Examination of Potential Mediators. *Psychology of Women Quarterly*, 2017, Vol. 41, Number 4, https://doi.org/10.1177/0361684317720187

[22] Long, J.G. Prosecuting Intimate Partner Sexual Assault. *The Voice.* National Center for the Prosecution of Violence Against Women, Vol. 2, Number 2, https://evawintl.org/wp-content/uploads/the_voice_vol_2_no_2_08.pdf

[23] Gong, A.T. Post-Traumatic Stress Disorder in Victims of Sexual Assault with Pre-Assault Substance Consumption: A Systematic Review. *Frontiers in Psychiatry.* Vol. 10, Number 92, https://doi.org/10.3389/fpsyt.2019.00092

[24] LeBeau, M.A. and Montgomery, M.A. Challenges of Drug-Facilitated Sexual Assault. *Forensic Science Review*, Jan 2010, Vol. 22, Number 1, PMID: 26242451

[25] LeBeau, M., et al. Recommendations for Toxicological Investigations of Drug-Facilitated Sexual Assaults. *Journal of Forensic Sciences*, Jan 1999, Vol. 44, Number 1, https://doi.org/10.1520/JFS14442J

[26] Society of Forensic Toxicologists. *Fact Sheet: Drug-Facilitated Sexual Assaults*. https://www.soft-tox.org/assets/docs/DFSA_Fact_Sheet.pdf

[27] ANSI/ASB Best Practice Recommendation 121, *Standard for the Analytical Scope and Sensitivity of Forensic Toxicological Testing of Urine in Drug-Facilitated Crime Investigations*, First Edition, 2021 (https://www.aafs.org/sites/default/files/media/documents/121_Std_e1.pdf).

[28] Society of Forensic Toxicologists. *Recommended Minimum Performance Limits for Common DFC Drugs and Metabolites in Urine Samples.* 2024 https://www.soft-tox.org/assets/DFCLiterature/SOFT%20Drug%20facillitated%20Crimes%20recommended%20Cutoffs_2024.pdf

[29] United Nations Office on Drugs and Crime. *Guidelines for the Forensic Analysis of Drugs Facilitating Sexual Assault and Other Criminal Acts*. 2011

the blood and urine. For example, GHB is typically detectable in urine for only several hours after ingestion under routine testing conditions, whereas many benzodiazepines may be detectable in urine for one or more days.[30,31,32,33] Hair can also be useful, especially in situations of repeated drug exposure. Unless the investigation provides evidence of suspicion for a specific drug, laboratories face the dual challenge of conducting broad-spectrum screening and interpreting negative results, which may be due to delayed specimen collection rather than to the true absence of drug exposure.[34]

Further, laboratories may not be equipped to meet the needs of DFSA investigations.[35,36,37] Most toxicology laboratories are focused on routine clinical diagnostics, impaired driving cases, or postmortem analyses – settings where drug exposure is recent and drug levels are higher. Detecting a single, low-dose drug exposure days after ingestion requires highly sensitive analytical methods and specialized equipment that not all toxicology laboratories routinely maintain for DFSA work. Many laboratories must enhance their capabilities or outsource testing to other laboratories to meet the sensitivity standards established by national testing standards and guidelines.

Ultimately, successful toxicological analysis in DFSA investigations depends on the timely collection of specimens, comprehensive drug screening, and laboratory preparedness. Blood and urine samples collected within 24 hours offer the optimal window for detection; however, some substances may still evade detection, even with prompt reporting and sample collection. Investigators and medical personnel must collaborate closely with toxicologists to ensure that the appropriate specimens are collected and examined using techniques capable of detecting trace levels of a broad spectrum of substances. Without this coordination, vital evidence may be overlooked.

---

https://www.unodc.org/documents/scientific/forensic_analys_of_drugs_facilitating_sexual_assault_and_other_criminal_acts.pdf

[30] Marinetti, L. and LeBeau, M.A. The Use of GHB and Analogs to Facilitate Sexual Assault. *Forensic Science Review*, Jan 2010, Vol. 22, Number 1, PMID: 26242451

[31] Montgomery, M.A. The Use of Benzodiazepines to Facilitate Sexual Assault. *Forensic Science Review*, Jan 2010, Vol. 22, Number 1, PMID: 26242451

[32] Robertson, M. and Raymon, L. "Rohypnol and Other Benzodiazepines" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 89.

[33] Ferrara, S.D., et al. "Gamma-Hydroxybutyrate (GHB) and Related Products" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 107.

[34] LeBeau, M., et al. Recommendations for Toxicological Investigations of Drug-Facilitated Sexual Assaults. *Journal of Forensic Sciences*, Jan 1999, Vol. 44, Number 1, https://doi.org/10.1520/JFS14442J

[35] LeBeau, M.A. Laboratory Management of Drug-Facilitated Sexual Assault Cases. *Forensic Science Review*, Jan 2010, Vol. 22, Number 1, PMID: 26242451

[36] United Nations Office on Drugs and Crime. *Guidelines for the Forensic Analysis of Drugs Facilitating Sexual Assault and Other Criminal Acts*. 2011 https://www.unodc.org/documents/scientific/forensic_analys_of_drugs_facilitating_sexual_assault_and_other_criminal_acts.pdf

[37] LeBeau, M., et al. Recommendations for Toxicological Investigations of Drug-Facilitated Sexual Assaults. *Journal of Forensic Sciences*, Jan 1999, Vol. 44, Number 1, https://doi.org/10.1520/JFS14442J

**Background Information on Ethanol:**

*Prevalence*

Ethanol ("alcohol") is the most frequently detected substance in DFSA cases, often playing a key role.[38] Its widespread availability and social acceptance make it an accessible tool for perpetrators, who may exploit its ability to impair judgment, lower inhibitions, and cause memory loss. In many cases, victims may consume alcohol willingly, unaware that their level of intoxication makes them unable to give consent. In other instances, alcohol is secretly administered or combined with other drugs to enhance its effects. From a toxicological perspective, alcohol is relatively easy to detect in biological samples, but its presence alone does not confirm DFSA – especially when voluntary use is involved. Therefore, laboratories must carefully interpret alcohol findings along with other evidence, including the victim's reported signs and symptoms, the timing of specimen collection, and any potential co-ingestion of substances that could have increased the impairment.

*Standard Alcoholic Drinks*

A "standard" alcoholic drink in the United States contains approximately 14 grams (0.6 ounces) of pure ethanol. This is the equivalent of 12 ounces of beer containing about 5% alcohol by volume (ABV), 5 ounces of wine with about 12% ABV, or 1.5 ounces of hard liquor that is about 40% ABV.[39]

*Pharmacokinetics*

After oral ingestion, ethanol is quickly absorbed into the bloodstream through the stomach and upper small intestine. The absorption rate depends on gastric emptying and is influenced by factors such as the presence of food in the stomach, drinking pace, hydration levels, and certain medications. Without a substantial meal, peak BAC usually occurs within 30-90 minutes after the last drink (average 45 to 60 minutes; 30 minutes if fasting).[40,41,42]

Approximately 95% of ingested ethanol is metabolized in the liver to acetaldehyde, which is then converted into carbon dioxide and water; the remaining 5% is excreted unchanged through the breath, urine, and sweat. Alcohol metabolism involves the enzymes alcohol dehydrogenase and cytochrome P450. Genetic differences and enzyme induction from repeated exposure cause variability in elimination rates. Ethanol usually follows zero-order kinetics in elimination, but first-order kinetics may occur at very low BACs (0.02 g%).

---

[38] Garriott, J.C. and Mozayani, A. "Ethanol" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 73.

[39] National Institute on Alcohol Abuse and Alcoholism, U.S. Department of Health and Human Services. "What is a Standard Drink?" (What Is A Standard Drink? | National Institute on Alcohol Abuse and Alcoholism (NIAAA) (nih.gov))

[40] ANSI/ASB Best Practice Recommendation 122, *Best Practice Recommendation for Performing Alcohol Calculations in Forensic Toxicology*, First Edition, 2024 (https://www.aafs.org/sites/default/files/media/documents/122_BPR_e1.pdf).

[41] Levine, Barry S., Caplan, Yale H., and Jones, A. Wayne. "Alcohol" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, page 291.

[42] Couper, F., et al. (2024, December, revised). *Drugs and Human Performance Fact Sheets: 2024* (Report No. DOT HS 813 650). National Highway Traffic Safety Administration.

When zero-order elimination kinetics are followed, a constant rate of ethanol loss per unit of time occurs. This allows for estimating the BAC at a previous time (e.g., at the time of an event) based on the measured BAC at sampling, a process known as *retrograde extrapolation*. However, it is essential to acknowledge that the precise elimination rates for a given individual are unknown unless a controlled study is conducted specifically for that person. Therefore, the accepted science uses an average or range of elimination rates based on population-based studies. Typically, blood alcohol elimination rates may range from 0.010 g% per hour to 0.025 g% per hour.[43] The average non-alcoholic female social drinker will eliminate ethanol at a rate of about 0.018 g% per hour, while the average non-alcoholic male social drinker eliminates at about 0.015 g% per hour.[44]

*Ethanol's Effects on Humans*

Ethanol's effects are dose-dependent and predominantly impact the brain.[45] As a central nervous system depressant, ethanol's effects are like those of sedatives, hypnotics, and narcotics. The depressant action should be viewed as a continuum of depression rather than a series of discrete depressing effects. Scientific studies over many years have established general relationships between BACs and ethanol's impact on the brain in the average adult social drinker (Table 1). At low BACs, the more complex brain functions are depressed. As BACs increase, depression of more basic functions occurs. It is important to note that the classification of clinical symptoms with BAC involves overlapping ranges. Inter- and intraindividual variations must be considered.

The legal limit for operating a motor vehicle in most of the United States is 0.080 g%. Above that BAC, an individual is deemed to be legally intoxicated.

*Ethanol's Effects on Memory*

Alcohol-mediated amnesia is anterograde and is characterized by impaired information acquisition, consolidation, and storage. This contrasts with retrograde amnesia, in which there is a loss of memories from earlier periods. Ingesting large amounts of alcohol increases the risk of experiencing alcohol-induced memory impairment, particularly when alcohol enters the bloodstream quickly, causing the BAC to rise rapidly.[46] Memory impairment tends to be mild to moderate in BACs less than 0.15 g%, but can become more pronounced as the BAC increases.[47] High BACs may lead to alcohol-induced blackouts; periods where an individual cannot recall events that occurred while they were intoxicated. This is not the same as "passing out" in which

---

[43] ANSI/ASB Best Practice Recommendation 122, *Best Practice Recommendation for Performing Alcohol Calculations in Forensic Toxicology*, First Edition, 2024 (https://www.aafs.org/sites/default/files/media/documents/122_BPR_e1.pdf).

[44] Levine, Barry S., Caplan, Yale H., and Jones, A. Wayne. "Alcohol" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, page 298.

[45] Levine, Barry S., Caplan, Yale H., and Jones, A. Wayne. "Alcohol" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, page 291.

[46] White, A.M. What Happened? Alcohol, Memory Blackouts, and the Brain. *Alcohol Research & Health*, Vol. 27, No. 2, 2003, pages 186-196 (http://www.ncbi.nlm.nih.gov/pmc/articles/pmc6668891/)

[47] Ryback, R.S. The Continuum and Specificity of the Effects of Alcohol on Memory. *Quarterly Journal of Studies on Alcohol*, Vol. 32, 1977, pages 995-1016 (https://doi.org/10.15288/qjsa.1971.32.995)

**Table 1: Stages of alcoholic influence/intoxication**

## STAGES OF ACUTE ALCOHOLIC INFLUENCE/INTOXICATION

| BLOOD-ALCOHOL CONCENTRATION grams/100 mL | STAGE OF ALCOHOLIC INFLUENCE | CLINICAL SIGNS/SYMPTOMS |
|---|---|---|
| 0.01-0.05 | Subclinical | Behavior nearly normal by ordinary observation<br>Influence/effects usually not apparent or obvious<br>Impairment detectable by special tests |
| 0.03-0.12 | Euphoria | Mild euphoria, sociability, talkativeness<br>Increased self-confidence; decreased inhibitions<br>Diminished attention, judgment and control<br>Some sensory-motor impairment<br>Slowed information processing<br>Loss of efficiency in critical performance tests |
| 0.09-0.25 | Excitement | Emotional instability; loss of critical judgment<br>Impairment of perception, memory and comprehension<br>Decreased sensatory response; increased reaction time<br>Reduced visual acuity and peripheral vision and slow glare recovery<br>Sensory-motor incoordination; impaired balance; slurred speech<br>Vomiting; drowsiness |
| 0.18-0.30 | Confusion | Disorientation, mental confusion; vertigo; dysphoria<br>Exaggerated emotional states (fear, rage, grief, etc.)<br>Disturbances of vision (diplopia, etc.) and of perception of color, form, motion, dimensions<br>Increased pain threshold<br>Increased muscular incoordination; staggering gait; ataxia<br>Memory loss<br>Apathy; progressive lethargy |
| 0.25-0.40 | Stupor | General inertia; approaching loss of motor functions<br>Markedly decreased response to stimuli<br>Marked muscular incoordination; inability to stand or walk<br>Vomiting; incontinence of urine and feces<br>Impaired consciousness; sleep or stupor; deep snoring |
| 0.35-0.50 | Coma | Complete unconsciousness; coma; anesthesia<br>Depressed or abolished reflexes<br>Subnormal temperature<br>Impairment/irregularities of circulation and respiration<br>Possible death |
| Mean, Median=0.36 90%=0.21-0.50 | Death | Death from respiratory or cardiac arrest |

**KURT M. DUBOWSKI, Ph.D., DABCC, DABFT**
The University of Oklahoma
Department of Medicine
Oklahoma City, Oklahoma

Copyright© 2012 by Kurt M. Dubowski, Ph.D. All Rights Reserved

an individual loses consciousness. During a blackout, the individual remains awake but cannot recall events that occurred while intoxicated.

There are two distinct types of alcohol-induced blackouts: *en-bloc* and *fragmentary*.[48] En-bloc blackouts begin and end at definitive points with complete, permanent amnesia. They are characterized by what appears to be a loss of time. En-bloc blackouts result from high BACs (or low BACs where other drugs are co-ingested with alcohol), which can cause a dysfunction in the encoding of memories.

In contrast, fragmentary blackouts involve a more temporary loss of memory.[49] This type of blackout results from difficulties in retrieving encoded memories. At times, fragmentary blackouts are characterized by memories recalled when a person is later told about an event or otherwise prompted (e.g., smelling a scent that was also present during the event or hearing a song that may have been playing in the background). Fragmentary blackouts occur over a broader range of BACs and therefore appear more frequently than en-bloc blackouts.[50] Studies have indicated that the likelihood of an en-bloc blackout increased significantly at BACs of 0.24 g% or higher. In contrast, rates of fragmentary blackouts rose more steadily over moderate to high BACs.

*Outward Appearance of Intoxication*

Many factors contribute to a person appearing to be intoxicated, including their tolerance to alcohol, genetic differences, individual sensitivity to alcohol's pharmacodynamic effects, and even cultural norms as to what may be considered acceptable behavior. Observable signs of impairment typically include decreased inhibitions (e.g., behavior uncharacteristic for an individual; being argumentative, confrontational, or obnoxious; hanging on people; or rapid drinking), psychomotor impairment (e.g., slurred or incoherent speech; difficulty walking or with a staggering gait; swaying while standing or sitting; head on bar; difficulty reaching for and picking up objects; bumping into objects or people while walking), and cognitive impairment (e.g., delayed response to questions; illogical comments or answers to questions; trouble counting money or with simple math; difficulty following instructions; lighting the wrong end of a cigarette).[51]

A seminal 1932 study was among the first to assess the visual detection of intoxicated individuals.[52] This research evaluated nearly 2,000 subjects with varying levels of alcohol impairment. Criteria for determining intoxication included their ability to pick up small objects, articulation, overall appearance, the condition of their clothing, and mental state. More than half of the subjects with BACs exceeding 0.150 g% displayed sufficient visual cues to be correctly

---

[48] White, A.M. What Happened? Alcohol, Memory Blackouts, and the Brain. *Alcohol Research & Health*, Vol. 27, No. 2, 2003, pages 186-196 (http://www.ncbi.nlm.nih.gov/pmc/articles/pmc6668891/)

[49] White, A.M. What Happened? Alcohol, Memory Blackouts, and the Brain. *Alcohol Research & Health*, Vol. 27, No. 2, 2003, pages 186-196 (http://www.ncbi.nlm.nih.gov/pmc/articles/pmc6668891/)

[50] White, A.M. What Happened? Alcohol, Memory Blackouts, and the Brain. *Alcohol Research & Health*, Vol. 27, No. 2, 2003, pages 186-196 (http://www.ncbi.nlm.nih.gov/pmc/articles/pmc6668891/)

[51] Brick, J., & Erickson, C. K. "Intoxication is Not Always Visible: An Unrecognized Prevention Challenge." *Alcoholism: Clinical and Experimental Research*; 2009; Volume 33(9), pages1489–1507. https://doi.org/10.1111/j.1530-0277.2009.00979.x

[52] Widmark, E.M.P. *The Theoretical Foundations and Practical Application of Forensic-Medical Alcohol Determination*. Urgan and Schwarzenberg, Berlin, 1932. Translated into English in *Principles and Application of Medicolegal Alcohol Determination*, Biomedical Publications, Davis, CA, 1981.

identified as impaired.[53] Over the subsequent seventy years, numerous studies independently validated that intoxication could only be reliably identified in about 50% of non-alcoholic individuals when BACs were around 0.150 g% or higher.[54,55,56,57,58,59] At BACs around 0.200 g%, virtually all subjects exhibited visible signs of intoxication.[60] As BAC levels rise, the likelihood of visually detecting intoxication correspondingly increases.[61]

Along with observable symptoms such as lower inhibitions, compromised motor skills, and cognitive difficulties, the quantity of alcohol consumed, or an individual's BAC, can effectively signal intoxication.

*Tolerance to Ethanol*

Tolerance to ethanol develops as the body adapts to its presence, leading to diminished psychoactive effects from the same dose.[62,63] Chronic alcohol users may develop high tolerance, suppressing physical signs of intoxication like slurred speech, but not impairments in executive functions (e.g., decision-making, problem-solving, or attention control) or involuntary effects (e.g., horizontal gaze nystagmus).

---

[53] Included BACs between 0.125 gram% and 0.175 gram%

[54] Jetter, Walter W. "Studies in alcohol. II. Experimental feeding of alcohol to non-alcoholic individuals." *American Journal of the Medical Sciences* 196 (1938): 487-493.

[55] Harger RN, Halpieu HR. "The Pharmacology of Alcohol" in *Alcoholism* edited by G.N. Thompson, Charles C Thomas, Springfield, IL, 1956, pages 103–222.

[56] Pentilla A, Tenhu M, Kataja M. "Clinical Examination for Intoxication in Cases of Suspected Drunken Driving: An Evaluation of the Finnish System on the Basis of 6839 Cases." Statistical and Research Bureau of TALJA, Helsinki. 1971.

[57] Carroll, Nancy, Harold Rosenberg, and Susan Funke. "Recognition of intoxication by alcohol counselors." *Journal of Substance Abuse Treatment;* 1988; Volume 5(4), pages 239-246. https://doi.org/10.1016/0740-5472(88)90046-3

[58] Brick, J., et al. "Alcohol intoxication: Pharmacokinetic prediction and behavioral analysis in humans." *Current Topics in Pharmacology*; 1992; Volume 1, pages 57-67.

[59] Brick, John, and John A. Carpenter. "The Identification of Alcohol Intoxication by Police." *Alcoholism: Clinical and Experimental Research;* 2001; Volume 25(6), pages 850-855. https://doi.org/10.1111/j.1530-0277.2001.tb02290.x

[60] Included BACs between 0.175 gram% and 0.225 gram%

[61] Brick, J., & Erickson, C. K. "Intoxication is Not Always Visible: An Unrecognized Prevention Challenge." *Alcoholism: Clinical and Experimental Research*; 2009; Volume 33(9), pages1489–1507. https://doi.org/10.1111/j.1530-0277.2009.00979.x

[62] Levine, Barry S., Caplan, Yale H., and Jones, A. Wayne. "Alcohol" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, page 298.

[63] Couper, F., et al. (2024, December, revised). *Drugs and Human Performance Fact Sheets: 2024* (Report No. DOT HS 813 650). National Highway Traffic Safety Administration.

Tolerance also occurs acutely during a drinking episode.[64,65,66] This makes impairment seem more pronounced to the user when BACs are rising compared to when they are falling. For example, a person may feel more intoxicated at a BAC of 0.08 g% when they are still actively drinking and their BAC is rising, than they feel at the same BAC of 0.08 g% later when their body is eliminating the alcohol and their BAC is falling. However, it is important to understand that this is a subjective feeling, and objective measures of impairment, like driving ability, may be worse or remain significantly impaired even when BACs are descending.[67]

*Widmark Calculations*

When a blood sample is unavailable to test, Widmark calculations can estimate a person's BAC range using their weight, height, gender, and the amount of alcohol they consumed. The calculations may also corroborate an individual's reported drinking history when a blood sample is available, or be used to estimate the minimum number of drinks required to achieve a specific BAC.[68]

Although Widmark's original formula remains a staple in the field, it has undergone refinements over the years, reflecting an enhanced comprehension of alcohol's pharmaco-kinetics.[69,70,71,72,73] Today, an American National Standard provides a rigorous approach to conducting these

---

[64] Holland, M. and Ferner, R. "A Systematic Review of the Evidence for Acute Tolerance to Alcohol – the 'Mellanby effect'." *Clinical Toxicology;* 2017; Volume 55(6): pages 545-556. https://doi.org/10.1080/15563650.2017.1296576

[65] Levine, Barry S., Caplan, Yale H., and Jones, A. Wayne. "Alcohol" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, page 298.

[66] Couper, F., et al. (2024, December, revised). *Drugs and Human Performance Fact Sheets: 2024* (Report No. DOT HS 813 650). National Highway Traffic Safety Administration.

[67] Holland, M. and Ferner, R. "A Systematic Review of the Evidence for Acute Tolerance to Alcohol – the 'Mellanby effect'." *Clinical Toxicology;* 2017; Volume 55(6): pages 545-556. https://doi.org/10.1080/15563650.2017.1296576

[68] ANSI/ASB Best Practice Recommendation 122, *Best Practice Recommendation for Performing Alcohol Calculations in Forensic Toxicology*, First Edition, 2024 (https://www.aafs.org/sites/default/files/media/documents/122_BPR_e1.pdf).

[69] Watson, P.E., Watson, I.D., and Batt, R.D. Prediction of Blood Alcohol Concentrations in Human Subjects. Updating the Widmark Equation. *Journal of Studies on Alcohol*; 1981; Vol. 42(7), pages 547-556. https://doi.org/10.15288/jsa.1981.42.547

[70] Forrest, A. The Estimation of Widmark's Factor. *Journal of the Forensic Science Society*; 1986; Vol. 26(4), pages 249-252. https://doi.org/10.1016/s0015-7368(86)72491-2

[71] Jones, A.W. Pharmacokinetics of Ethanol – Issues of Forensic Importance. *Forensic Science Review*; 2011; Vol. 23; Issue 2; pages 91-136.

[72] Maskell, P.D., Jones, A.W., Heymsfield, S.B., et al. Total Body Water is the Preferred Method to Use in Forensic Blood-Alcohol Calculations Rather than Ethanol's Volume of Distribution. *Forensic Science International*; 2020; Vol. 316, https://doi.org/10.1016/j.forsciint.2020.110532

[73] Maskell, P.D., Jones, A.W., Savage, A., et al. Evidence Based Survey of the Distribution Volume of Ethanol; Comparison of Empirically Determined Values with Anthropometric Measures. *Forensic Science International*; 2019; Vol. 294, https://doi.org/10.1016/j.forsciint.2018.10.033

calculations, helping ensure their quality and consistency and thereby enhancing the reliability of the results when used in both criminal and civil proceedings.[74]

***Background Information on Gamma-Hydroxybutyrate (GHB) and Analogs:***

GHB has been recognized as a substance commonly used in DFSA.[75,76] It was first introduced in Europe in the 1960s as an intravenous general anesthetic agent but was then discontinued due, in part, to the side effects of vomiting, seizures, and coma it caused.[77] In 1963, Bessman and Fishbein showed that GHB is a naturally occurring metabolite of gamma-aminobutyric acid (GABA), the brain's primary inhibitory neurotransmitter that reduces neuronal excitability and helps calm activity in the CNS.[78] This finding prompted research on GHB receptors and GHB's function in the CNS.

A 1977 publication suggested that GHB increased growth hormone release.[79] This led to bodybuilders using the substance as a natural alternative to anabolic steroids, and, as a result, GHB was openly sold in gyms throughout the 1980s. Later research found that growth hormone release naturally increases when we go to sleep, so the relationship with GHB was discounted, aside from the fact that it does cause sleep.[80]

The CNS depressant effects caused by GHB mimic alcohol intoxication.[81,82] In 1990, the FDA issued a warning against its use and banned its sale as a supplement, including its use as a natural performance-enhancing substance.[83]

In addition to its use as a recreational drug of abuse, GHB is a prescription medication used to treat a sleep disorder known as cataplexy. In the United States, it is a Schedule III controlled

---

[74] ANSI/ASB Best Practice Recommendation 122, *Best Practice Recommendation for Performing Alcohol Calculations in Forensic Toxicology*, First Edition, 2024 (https://www.aafs.org/sites/default/files/media/documents/122_BPR_e1.pdf).

[75] "GHB". Drug Fact Sheet. Department of Justice/Drug Enforcement Administration. December 2024. https://www.dea.gov/sites/default/files/2025-08/GHB-Drug-Fact-Sheet_0.pdf

[76] Berretta, P. and Vari, M.R. The Overwhelming Issue of Drug Facilitated Sexual Assaults (DFSA): the Case of GHB. *Clin Ter*, Vol. 170, Issue 1, 2020. https://doi.org/10.7417/ct.2020.2187

[77] Marinetti, L. and LeBeau, M.A. The Use of GHB and Analogs to Facilitate Sexual Assault. *Forensic Sci Review*. Volume 22, Issue 41, 2010.

[78] Bessman, S. and Fishbein, W. Gamma-Hydroxybutyrate, a Normal Brain Metabolite. *Nature*, Vol. 200, pages 1207-1208, 1963. https://doi.org/10.1038/2001207a0

[79] Takahara, J., et al. Stimulatory Effects of Gamma-Hydroxybutyrate on Growth Hormone and Prolactin Release in Humans. *J Clin Endocrinol Metab*, Vol. 44, Issue 5, 1977. https://doi.org/10.1210/jcem-44-5-1014

[80] Van Cauter, E., et al. Simultaneous Stimulation of Slow-Wave Sleep and Growth Hormone Secretion by Gamma-Hydroxybutyrate in Normal Young Men. *J Clin Invest*, Vol. 100, Issue 3, 1997. https://doi.org/10.1172/JCI119587

[81] Marinetti, L. and LeBeau, M.A. The Use of GHB and Analogs to Facilitate Sexual Assault. *Forensic Sci Review*. Volume 22, Issue 41, 2010.

[82] Berretta, P. and Vari, M.R. The Overwhelming Issue of Drug Facilitated Sexual Assaults (DFSA): the Case of GHB. *Clin Ter*, Vol. 170, Issue 1, 2020. https://doi.org/10.7417/ct.2020.2187

[83] Centers for Disease Control (CDC). Epidemiologic Notes and Reports Multistate Outbreak of Poisonings Associated with Illicit Use of Gamma Hydroxy Butyrate. *MMWR Morb Mortal Wkly Rep*, Vol. 39, Issue 47, 1990.

substance when used in its prescribed form and a Schedule I controlled substance when used recreationally or to facilitate sexual assaults.[84]

Recreational GHB is often diluted in water and disguised in water bottles, sports drinks, or juices.[85] It is generally colorless or faintly tinted and odorless. It might taste salty or soapy when mixed with water, but these flavors can be masked by strongly flavored beverages, like a sweet drink. A typical dose is between 0.5 and 3 grams.[86]

GHB is rapidly absorbed, metabolized, and eliminated by humans.[87] Peak plasma concentrations typically occur within 20 to 45 minutes after oral administration.[88,89] GHB undergoes extensive metabolism, with less than 5% excreted unchanged.

The pharmacological effects are due to its ability to cross the blood-brain barrier and its interactions with the body's neurotransmitter systems. The effects are dose-dependent, with a narrow therapeutic index, indicating that slight variations in dosage can lead to significant changes in the drug's response.[90] At lower doses, GHB produces euphoria, relaxation, disinhibition, and increased sociability, with users often experiencing heightened sensory perception and mild sedation while remaining conscious and functional. At moderate doses, drowsiness, confusion, ataxia, and anterograde amnesia are common. At higher doses, the effects include a rapid onset of more severe central nervous system depression, in which the user can fall into a deep unconscious state or coma within 10 to 30 minutes after ingestion. Respiratory depression,

---

[84] Tay, E. et al. Current Insights on the Impact of Gamma-Hydroxybutyrate (GHB) Abuse. *Substance Abuse Rehabilitation*, Vol 13, 2022. https://doi.org/10.2147/SAR.S315720

[85] Ferrara, Santo D., Frison, G., Tedeschi, L., and LeBeau, M. "Gamma-Hydroxybutyrate (GHB) and Related Products" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 111.

[86] Marinetti, L. and LeBeau, M.A. The Use of GHB and Analogs to Facilitate Sexual Assault. *Forensic Sci Review*. Volume 22, Issue 41, 2010.

[87] Jones, A.W., Eklund, A., and Kronstrand, R. Concentration-Time Profiles of Gamma-Hydroxybutyrate in Blood After Recreational Doses are Best Described by Zero-Order Rather Than First-Order Kinetics. *J Analytical Tox*. Volume 33, 2009, https://doi.org/10.1093/jat/33.6.332.

[88] Couper, F.J. and Logan, B.K. Determination of Gamma-Hydroxybutyrate (GHB) in Biological Specimens by Gas Chromatography-Mass Spectrometry. *J Analytical Tox*. Volume 24, 2000, https://doi.org/10.1093/jat/24.1.1

[89] Jones, A.W., Eklund, A., and Kronstrand, R. Concentration-Time Profiles of Gamma-Hydroxybutyrate in Blood After Recreational Doses are Best Described by Zero-Order Rather Than First-Order Kinetics. *J Analytical Tox*. Volume 33, 2009, https://doi.org/10.1093/jat/33.6.332

[90] Levine, B.S. and LeBeau, M.A. "Miscellaneous Central Nervous System Depressants" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 333-339.

seizures, apnea, and death can also occur at high doses.[91] Combining GHB with alcohol potentiates CNS depression.[92,93]

The rate at which GHB is metabolized is a key aspect of this drug. In cases of a single high-dose GHB intoxication, clinical studies indicate that a person can appear deeply comatose for some time and then wake up much faster than typically seen with other sedative drugs.[94,95,96,97] One study showed that patients remained in a coma for about an hour and a half on average, but once they began to recover, they shifted from a deep coma to near-normal consciousness in approximately half an hour.[98] Clinical reports and guidelines also mention that GHB coma often starts suddenly and is followed by a relatively quick awakening within a few hours, with some patients briefly becoming agitated, confused, or combative around the time they wake.[99,100,101]

It is important to note that there are analogs of GHB (e.g., gamma-butyrolactone and 1,4-butanediol) that, after ingestion, are rapidly metabolized into GHB. Therefore, these analogs exhibit the same pharmacological effects as GHB.[102,103]

---

[91] Ferrara, Santo D., Frison, G., Tedeschi, L., and LeBeau, M. "Gamma-Hydroxybutyrate (GHB) and Related Products" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 115.

[92] Marinetti, L. and LeBeau, M.A. The Use of GHB and Analogs to Facilitate Sexual Assault. *Forensic Sci Review*. Volume 22, Issue 41, 2010, pages 42-59.

[93] Berretta, P. and Vari, M.R. The Overwhelming Issue of Drug Facilitated Sexual Assaults (DFSA): the Case of GHB" *Clin Ter*, Vol. 170, Issue 1, 2020, pages e44-e45 https://doi.org/10.7417/ct.2020.2187

[94] Van Sassenbroeck, D.K., et al. Abrupt Awakening Phenomenon Associated with Gamma-Hydroxybutyrate Use: A Case Series *Clin Toxicol (Phila)*, Vol. 45, Issue 5, 2007, https://doi.org/10.1080/15563650701365818

[95] Liakoni, E., et al. Presentations to an Urban Emergency Department in Switzerland Due to Acute Gamma-Hydroxybutyrate Toxicity. *Scan J Trauma Resusc Emerg Med*, Vol. 24, Issue 1, 2016, https://doi.org/10.1186/s13049-016-0299-z

[96] Munir,V.L., et al. Gamma-Hydroxybutyrate: A 30-Month Emergency Department Review. *Emerg Med Australas*, Vol. 20, Issue 6, 2008, https://doi.org/10.1111/j.1742-6723.2008.01140.x

[97] Okun, M.S., et al. GHB: An Important Pharmacologic and Clinical Update. *J Pharm Pharmaceut Sci*, Vol. 4, Issue 2, 2001, https://sites.ualberta.ca/~csps/JPPS4(2)/M.Okun/GHB.pdf

[98] Van Sassenbroeck, D.K., et al. Abrupt Awakening Phenomenon Associated with Gamma-Hydroxybutyrate Use: A Case Series *Clin Toxicol (Phila)*, Vol. 45, Issue 5, 2007, https://doi.org/10.1080/15563650701365818

[99] Le, J.K. and Richards, J.R. "Gamma-Hydroxybutyrate Toxicity" StatPearls [Internet], August 8, 2023; https://www.ncbi.nlm.nih.gov/books/NBK430781/

[100] Okun, M.S., et al. GHB: An Important Pharmacologic and Clinical Update. *J Pharm Pharmaceut Sci*, Vol. 4, Issue 2, 2001, https://sites.ualberta.ca/~csps/JPPS4(2)/M.Okun/GHB.pdf

[101] Phan, V., Arunogiri, S., and Lubman, D.I. The Assessment and Management of Gamma Hydroxybutyrate Use in General Practice. Aust *J Gen Pract*, Vol. 49, Issue 1-2, 2020, doi: 10.31128/AJGP-05-19-4953

[102] Levine, B.S. and LeBeau, M.A. "Miscellaneous Central Nervous System Depressants" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 333-339.

[103] Marinetti, L. and LeBeau, M.A. The Use of GHB and Analogs to Facilitate Sexual Assault. *Forensic Sci Review*. Volume 22, Issue 41, 2010, pages 42-59.

Consuming GHB or one of its analogs can cause severe acute cognitive disruption and increased suggestibility.[104,105,106] While it often leads to unconsciousness, it can also cause a "walking blackout" or automatism amnesia, where a person appears alert and mobile but operates without executive control.[107] During this state, the brain's ability to assess risks, understand consequences, or refuse unwanted sexual advances is impaired.[108] This leaves individuals highly vulnerable to external influence and reduces their capacity to make genuinely voluntary decisions, even if they appear awake and responsive.[109]

### *Background Information on Zolpidem*

Zolpidem, marketed under the brand name Ambien, has also been implicated in a number of DFSA cases.[110,111,112] It is a nonbenzodiazepine sedative-hypnotic (a "Z-drug") approved for short-term treatment of insomnia, especially when patients have a hard time initially falling asleep.[113,114] Typical adult doses of the immediate-release formulation are 5 mg at bedtime for women and 5 to 10 mg at bedtime for men, with a maximum of 10 mg once a day.

---

[104] Sircar, R., et al. GHB-Induced Cognitive Deficits During Adolescence and the Role of NMDA Receptor. *Current Neuropharmacology*. Volume 9, Issue 1, 2011, https://doi.org/10.2174/157015911795017038

[105] "GHB". Drug Fact Sheet. Department of Justice/Drug Enforcement Administration. December 2024. https://www.dea.gov/sites/default/files/2025-08/GHB-Drug-Fact-Sheet_0.pdf

[106] Van Amsterdam, J., et al. Cognitive Impairment Following Clinical or Recreational Use of Gammahydroxybutyric Acid (GHB): A Systematic Review. *Current Neuropharmacology*. Volume 20, Issue 4, 2022, https://doi.org/10.2174/1570159x19666210610094352

[107] Fields, L. et al. Drug-Facilitated Sexual Assault, Impaired Trauma Memory, and Implications for Mental Health Treatment. *Eur J of Psychotraumatology*, May 2022, Vol. 13, Number 1, https://doi.org/10.1080/20008198.2022.2057165

[108] Van Amsterdam, J., et al. Cognitive Impairment Following Clinical or Recreational Use of Gammahydroxybutyric Acid (GHB): A Systematic Review. *Current Neuropharmacology*. Volume 20, Issue 4, 2022, https://doi.org/10.2174/1570159x19666210610094352

[109] Busardo, F.P. and Jones, A.W. GHB Pharmacology and Toxicology: Acute Intoxication, Concentrations in Blood and Urine in Forensic Cases and Treatment of the Withdrawal Syndrome. *Current Neuropharmacology.* Volume 13, Issue 1, 2015. https://doi.org/10.2174/1570159x13666141210215423

[110] Kintz, P., et al. Drug-Facilitated Sexual Assault and Analytical Toxicology: The Role of LC-MS/MS – A Case Involving Zolpidem. *J Clin Forensic Med.* Volume 12, Issue 1, 2005. https://doi.org/10.1016/j.jcfm.2004.08.005

[111] Salomone, A., et al. Hair Analysis of Drugs Involved in Drug-Facilitated Sexual Assault and Detection of Zolpidem in a Suspected Case. *Int J Legal Med.* Volume 126, Issue 3, 2012. https://doi.org/10.1007/s00414-011-0597-y

[112] Villain, M., et al. Windows of Detection of Zolpidem in Urine and Hair: Application to Two Drug Facilitated Sexual Assaults. *For Sci Int.* Volume 143, Issue 2-3, 2004. https://doi.org/10.1016/j.forsciint.2004.04.019

[113] Zolpidem (oral route) - Side effects & dosage - Mayo Clinic

[114] Bouchette, D., et al. "Zolpidem" StatPearls [Internet], February 29, 2024; https://www.ncbi.nlm.nih.gov/books/NBK442008/

Chemically classified as an imidazopyridine, zolpidem acts as a selective agonist at the GABA$_A$ receptor complex.[115,116] By enhancing the inhibitory effects of gamma-aminobutyric acid (GABA), the brain's primary inhibitory neurotransmitter, zolpidem produces rapid sedation, muscle relaxation, and anxiety reduction. It is rapidly absorbed into the bloodstream, reaching peak plasma levels within 30 minutes to 2 hours after oral intake. The medication has a relatively short half-life of about 1 to 3 hours.[117]

When used as directed, zolpidem reduces the time to fall asleep and supports the maintenance of non-REM sleep, resulting in quicker sleep onset and an improved perception of sleep quality.[118,119] At therapeutic doses, zolpidem produces dose-dependent central nervous system depression, including drowsiness, psychomotor slowing, impaired coordination, and measurable decrements in reaction time and cognitive performance.[120,121] Some users experience anterograde amnesia, which can range from partial to complete inability to recall events that happen while under the drug's influence. This effect is more common at higher doses or when combined with other CNS depressants like alcohol.

Zolpidem's strongest effects usually occur within 1 to 2 hours of taking the medication, then gradually diminish over several hours.[122] In most healthy adults, the drug stays in the system long enough to cause drowsiness, slowed thinking, poor coordination, and short-term memory issues during the initial few hours after ingestion.[123,124,125] These effects can last up to approximately 6–8 hours, particularly if the person is woken early or has consumed other depressants like alcohol.

---

[115] Sanger, D.J. and Depoortere, H. The Pharmacology and Mechanism of Action of Zolpidem. *CNS Drug Reviews*; June 2006; Vol. 4, No. 4 https://doi.org/10.1111/j.1527-3458.1998.tb00074.x

[116] Bouchette, D., et al. "Zolpidem" StatPearls [Internet], February 29, 2024; https://www.ncbi.nlm.nih.gov/books/NBK442008/

[117] Greenblatt, D.J., et al. Comparative Kinetics and Dynamics of Zaleplon, Zolpidem, and Placebo. *Clin Pharmacol Ther*; 1998; Vol. 64, No. 5 https://doi.org/10.1016/s0009-9236(98)90139-4

[118] Sanger, D.J. and Depoortere, H. The Pharmacology and Mechanism of Action of Zolpidem. *CNS Drug Reviews*; June 2006; Vol. 4, No. 4 https://doi.org/10.1111/j.1527-3458.1998.tb00074.x

[119] Edinoff, A.N., et al. Zolpidem: Efficacy and Side Effects for Insomnia. *Health Psychol Res*; June 2021; Vol. 9, No. 1 https://doi.org/10.52965/001c.24927

[120] Bouchette, D., et al. "Zolpidem" StatPearls [Internet], February 29, 2024; https://www.ncbi.nlm.nih.gov/books/NBK442008/

[121] Couper, F., et al. (2024, December, revised). *Drugs and Human Performance Fact Sheets: 2024* (Report No. DOT HS 813 650). National Highway Traffic Safety Administration.

[122] Bouchette, D., et al. "Zolpidem" StatPearls [Internet], February 29, 2024; https://www.ncbi.nlm.nih.gov/books/NBK442008/

[123] DeClerk, A.C. and Bisserbe, J.C. Short-Term Safety Profile of Zolpidem: Objective Measures of Cognitive Effects. *Eur Psychiatry*; 1997; Vol. 12, Issue S1 https://doi.org/10.1016/S0924-9338(97)80016-8

[124] Kieykamp, B.A., et al. Acute Effects of Zolpidem Extended-Release on Cognitive Performance and Sleep in Healthy Males After Repeated Nightly Use. *Exp Clin Psychopharmacol*; 2011; Vol. 20, Issue 1 https://doi.org/10.1037/a0025237

[125] Tsai, M.J., Tsai, Y.H., and Huang, Y.B. Compulsive Activity and Anterograde Amnesia After Zolpidem Use. *Clin Toxicol (Phila)*; 2007; Vol. 45, Issue 2 https://doi.org/10.1080/15563650600956741

During this period, individuals may seem awake and able to talk or move but could struggle with paying attention, making decisions, or forming clear memories of events.[126,127]

Zolpidem has been repeatedly linked to complex sleep-related behaviors (CSBs), including sleepwalking, sleep-driving, sleep-related eating, making phone calls, and engaging in sexual activity. These behaviors occur during partial arousal from sleep without full conscious awareness.[128,129] A systematic review of case reports, case series, and observational studies revealed that zolpidem-related CSBs happened in about 4-5% of patients across three clinical observational cohorts. Earlier post-marketing studies indicated CSB rates ranging from 0.3% to 1%.[130]

In 2019, the U.S. Food and Drug Administration mandated a boxed warning for zolpidem and other "Z-drugs," highlighting that complex sleep behaviors are uncommon but can lead to serious injuries or death. These behaviors may occur even after a single dose, at recommended doses, and whether or not alcohol or other CNS depressants are involved.[131] These parasomnias occur during partial awakenings from sleep, during which individuals may perform complex, seemingly intentional behaviors while showing reduced awareness and later amnesia for the events.[132,133]

Experimental and clinical research shows that zolpidem affects attention, working memory, and executive functions used in planning and risk assessment, especially when individuals are awakened during the drug's peak effect. These impairments, along with sedation and disinhibition, may cause individuals to engage in unusual or risky activities they would normally avoid when sober and fully alert.[134,135]

---

[126] Inagaki, T., et al. Adverse Reactions to Zolpidem: Case Reports and a Review of the Literature. *Prim Care Companion*; 2010; Vol. 12, Issue 6 https://doi.org/10.4088/PCC.09r00849bro

[127] Kieykamp, B.A., et al. Acute Effects of Zolpidem Extended-Release on Cognitive Performance and Sleep in Healthy Males After Repeated Nightly Use. *Exp Clin Psychopharmacol*; 2011; Vol. 20, Issue 1 https://doi.org/10.1037/a0025237

[128] Mittal, N., et al. Zolpidem for Insomnia: A Double-Edged Sword. A Systematic Literature Review on Zolpidem-Induced Complex Sleep Disorders. *Indian J Psychol Med*; September 2021; Vol. 43, No. 5 https://doi.org/10.1177/0253717621992372

[129] Food and Drug Administration. *Highlights of Prescribing Information: Ambien (zolpidem tartrate) tablets* 019908s027lbl.pdf

[130] Mittal, N., et al. Zolpidem for Insomnia: A Double-Edged Sword. A Systematic Literature Review on Zolpidem-Induced Complex Sleep Disorders. *Indian J Psychol Med*; September 2021; Vol. 43, No. 5 https://doi.org/10.1177/0253717621992372

[131] Food and Drug Administration. April 30, 2019. FDA adds Boxed Warning for risk of serious injuries caused by sleepwalking with certain prescription insomnia medicines

[132] Gunja, N. In the Zzz Zone: The Effects of Z-Drugs on Human Performance and Driving. *J Med Toxicol*; 2013; Vol. 9, No. 2 https://doi.org/10.1007/s13181-013-0294-y

[133] Dolder, C.R. and Nelson, M.H. Hypnosedative-Induced Complex Sleep Behaviours: Incidence, Mechanisms and Management. *CNS Drugs*; 2008; Vol. 22, No. 12 https://doi.org/10.2165/0023210-200822120-00005

[134] Gunja, N. In the Zzz Zone: The Effects of Z-Drugs on Human Performance and Driving. *J Med Toxicol*; 2013; Vol. 9, No. 2 https://doi.org/10.1007/s13181-013-0294-y

[135] Frey, D.J., et al. Influence of Zolpidem and Sleep Inertia on Balance and Cognition During Nighttime Awakening: A Randomized Placebo-Controlled Trial. *J Am Geriatr Soc*; Jan 2011; Vol. 59, No. 1 https://doi.org/10.1111/j.1532-5415.2010.03229.x

The combination of sedation, psychomotor slowing, memory impairment, and executive dysfunction produced by zolpidem can substantially compromise an individual's ability to understand information, appreciate risks, and make reasoned decisions in real time.[136,137] Case reports, clinical series, and forensic reviews describe individuals who engaged in complex behaviors, including financial transactions and sexual activity, during zolpidem-associated parasomnias or intoxication, yet later had little or no recollection of these events.[138,139] In these situations, especially when clear signs of significant cognitive impairment or parasomnia are present, it is scientifically reasonable to conclude that the individual's ability to provide informed and voluntary consent was greatly diminished.

### *Background Information on Benzodiazepines*

Benzodiazepines are a class of CNS depressants that slow activity in the central nervous system. They do this by enhancing the activity of the inhibitory neurotransmitter gamma-aminobutyric acid (GABA) at $GABA_A$ receptors, increasing chloride ion influx into neurons and hyperpolarizing neuronal membranes.[140,141] This decreases neuronal excitability and produces sedative, anxiolytic, muscle-relaxant, and anticonvulsant effects, which underlie their use for anxiety, insomnia, seizures, and muscle spasms.[142,143]

Clinically, benzodiazepines are often grouped by how long their effects last:[144]

- Ultra-short acting with half-lives less than 6 hours (e.g., triazolam (Halcion), midazolam (Versed))
- Short-acting with half-lives of 6 to 12 hours (e.g., oxazepam (Serax), temazepam (Restoril))
- Intermediate-acting with half-lives of 12 to 40 hours (e.g., alprazolam (Xanax), lorazepam (Ativan), clonazepam (Klonopin))
- Long-acting with half-lives greater than 40 hours (e.g., diazepam (Valium), chlordiazepoxide (Librium), flunitrazepam (Rohypnol))

---

[136] Daley, C., et al. "I Did What?" Zolpidem and the Courts. *J Am Acad Psychiatry Law*; 2011; Vol. 39, No. 4 https://jaapl.org/content/jaapl/39/4/535.full.pdf

[137] Mittal, N., et al. Zolpidem for Insomnia: A Double-Edged Sword. A Sytematic Literature Reviw on Zolpidem-Induced Complex Sleep Disorders. *Indian J Psychol Med*; September 2021; Vol. 43, No. 5 https://doi.org/10.1177/0253717621992372

[138] Gunja, N. In the Zzz Zone: The Effects of Z-Drugs on Human Performance and Driving. *J Med Toxicol*; 2013; Vol. 9, No. 2 https://doi.org/10.1007/s13181-013-0294-y

[139] Mittal, N., et al. Zolpidem for Insomnia: A Double-Edged Sword. A Systematic Literature Review on Zolpidem-Induced Complex Sleep Disorders. *Indian J Psychol Med*; September 2021; Vol. 43, No. 5 https://doi.org/10.1177/0253717621992372

[140] Jufer-Phipps, R.A. and Levine, B.S. "Benzodiazepines" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 317-331.

[141] Griffin, C.E, et al. Benzodiazepines Pharmacology and Central Nervous System-Mediated Effects. *Ochsner*, 2013, Volume 13, Issue 2 https://pmc.ncbi.nlm.nih.gov/articles/PMC3684331/

[142] Jufer-Phipps, R.A. and Levine, B.S. "Benzodiazepines" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 317-331.

[143] Bounds, C.G. and Patel, P. "Benzodiazepines" *StatPearls [Internet]*, January 30, 2024; https://www.ncbi.nlm.nih.gov/books/NBK470159/

[144] Jufer-Phipps, R.A. and Levine, B.S. "Benzodiazepines" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 317-331.

When used properly, these medications can be very effective; however, they also come with certain risks.[145] Repeated or high-dose use can lead to tolerance, physical dependence, and sometimes misuse patterns or benzodiazepine abuse.[146] Benzodiazepines are often taken at the same time as other drugs, especially alcohol and opioids, which increases the risk of excessive sedation, slowed breathing, and overdose.[147,148] From a forensic perspective, the combination of benzodiazepines with alcohol or other central nervous system depressants is important because it can significantly impair a person's alertness, coordination, and judgment, even when they may appear superficially awake.[149,150,151]

Research shows that after a single dose, benzodiazepines can cause lingering impairment and, in a small number of individuals, unexpected or "paradoxical" reactions.[152,153,154] Studies in healthy volunteers show that even as the sedative effects appear to wear off, people may still experience slowed reactions, poor concentration, and memory issues. During this time, a person might appear awake and be able to talk, walk, or perform complex tasks, yet remain significantly impaired and later struggle to remember what happened.[155] Rarely, benzodiazepines can cause paradoxical effects such as agitation, disinhibition, confusion, or aggressive behavior, which are unpredictable but have been reported even after single doses of short-acting agents.[156,157]

Chronic use of benzodiazepines has been associated with measurable cognitive impairments across multiple domains, including working memory, processing speed, attention, and episodic

[145] Edinoff, A.N., et al. Benzodiazepines: Uses, Dangers, and Clinical Considerations. *Neurology Int*, Nov 2021, Volume 13, Issue 4 https://doi.org/10.3390/neurolint13040059

[146] Food and Drug Administration. FDA Requiring Boxed Warning Updated to Improve Safe Use of Benzodiazepine Drug Class | FDA. January 14, 2022.

[147] Bounds, C.G. and Patel, P. "Benzodiazepines" *StatPearls [Internet]*, January 30, 2024; https://www.ncbi.nlm.nih.gov/books/NBK470159/

[148] Edinoff, A.N., et al. Benzodiazepines: Uses, Dangers, and Clinical Considerations. *Neurology Int*, Nov 2021, Volume 13, Issue 4 https://doi.org/10.3390/neurolint13040059

[149] Griffin, C.E, et al. Benzodiazepines Pharmacology and Central Nervous System-Mediated Effects. *Ochsner*, 2013, Volume 13, Issue 2 https://pmc.ncbi.nlm.nih.gov/articles/PMC3684331/

[150] Bounds, C.G. and Patel, P. "Benzodiazepines" *StatPearls [Internet]*, January 30, 2024; https://www.ncbi.nlm.nih.gov/books/NBK470159/

[151] Thalib, H.I, et al. Forensic Toxicology of Benzodiazepines: Neuropharmacological Effects, Analytical Challenges, and Emerging Detection Strategies. *Front Toxicol*, 2025, Sep 25; 7 https://doi.org/10.3389/ftox.2025.1639890

[152] Couper, F., et al. (2024, December, revised). *Drugs and Human Performance Fact Sheets: 2024* (Report No. DOT HS 813 650). National Highway Traffic Safety Administration.

[153] Hall, R.C. and Zisook, S. Paradoxical Reactions to Benzodiazepines. *Br J Clin Pharmacol*, 1981, Vol 11; Suppl 1 https://doi.org/10.1111/j.1365-2125.1981.tb01844.x

[154] Mancuso, C.E, Tanzi, M.G., and Gabay, M. Paradoxical Reactions to Benzodiazepines: Literature Review and Treatment Options. *Pharmacotherapy*, 2004, Vol 24(9) https://doi.org/10.1592/phco.24.13.1177.38089

[155] Couper, F., et al. (2024, December, revised). *Drugs and Human Performance Fact Sheets: 2024* (Report No. DOT HS 813 650). National Highway Traffic Safety Administration.

[156] Hall, R.C. and Zisook, S. Paradoxical Reactions to Benzodiazepines. *Br J Clin Pharmacol*, 1981, Vol 11; Suppl 1 https://doi.org/10.1111/j.1365-2125.1981.tb01844.x

[157] Mancuso, C.E, Tanzi, M.G., and Gabay, M. Paradoxical Reactions to Benzodiazepines: Literature Review and Treatment Options. *Pharmacotherapy*, 2004, Vol 24(9) https://doi.org/10.1592/phco.24.13.1177.38089

(new) memory.[158,159,160] These deficits, including anterograde amnesia, can adversely affect an individual's ability to learn, retain, and process new information. In clinical and forensic contexts, such cognitive slowing and memory impairment can compromise an individual's ability to fully understand information, appreciate consequences, and make or communicate voluntary decisions.[161,162,163]

Because of these pharmacological effects – particularly sedation, disinhibition, and amnesia – benzodiazepines have been used by some offenders of DFSA.[164,165] Substances reported in DFSA and related casework include both traditional and "designer" benzodiazepines. Traditional examples are diazepam, alprazolam, lorazepam, clonazepam, midazolam, and flunitrazepam (Rohypnol), while more recently, designer benzodiazepines (e.g., etizolam, flubromazolam) have also been identified in these investigations.[166,167]

In the context of a DFSA, benzodiazepine-induced sedation, slowed thinking, impaired coordination, disinhibition, and anterograde amnesia can substantially interfere with an individual's ability to understand what is happening, withhold or withdraw consent, physically resist

[158] Griffin, C.E, et al. Benzodiazepines Pharmacology and Central Nervous System-Mediated Effects. *Ochsner*, 2013, Volume 13, Issue 2 https://pmc.ncbi.nlm.nih.gov/articles/PMC3684331/

[159] Crowe, S.F. and Stranks, E.K. The Residual Medium and Long-Term Cognitive Effects of Benzodiazepine Use: An Updated Meta-Analysis. *Arch Clin Neuropsychol*, 2018, Volume 33, Issue 7 https://doi.org/10.1093/arclin/acx120

[160] Zetsen, S.P.G., et al. Cognitive Functioning in Long-Term Benzodiazepine Users. *Eur Addict Res*, 2022, Volume 28, Issue 5 https://doi.org/10.1159/000525988

[161] Crowe, S.F. and Stranks, E.K. The Residual Medium and Long-Term Cognitive Effects of Benzodiazepine Use: An Updated Meta-Analysis. *Arch Clin Neuropsychol*, 2018, Volume 33, Issue 7 https://doi.org/10.1093/arclin/acx120

[162] Zetsen, S.P.G., et al. Cognitive Functioning in Long-Term Benzodiazepine Users. *Eur Addict Res*, 2022, Volume 28, Issue 5 https://doi.org/10.1159/000525988

[163] Thalib, H.I, et al. Forensic Toxicology of Benzodiazepines: Neuropharmacological Effects, Analytical Challenges, and Emerging Detection Strategies. *Front Toxicol*, 2025, Sep 25; 7 https://doi.org/10.3389/ftox.2025.1639890

[164] Orts, M.P., van Asten, A., and Kohler, I. The Evolution Toward Designer Benzodiazepines in Drug-Facilitated Sexual Assault Cases *J Analytical Tox*, 2022, Vol 47(1). https://doi.org/10.1093/jat/bkac017

[165] Thalib, H.I, et al. Forensic Toxicology of Benzodiazepines: Neuropharmacological Effects, Analytical Challenges, and Emerging Detection Strategies. *Front Toxicol*, 2025, Sep 25; 7 https://doi.org/10.3389/ftox.2025.1639890

[166] Academy Standards Board (AAFS). *ANSI/ASB Standard 121 : Standard for the Analytical Scope and Sensitivity of Forensic Toxicological Testing of Urine in Drug-Facilitated Crime Investigations*. First Edition, 2021.

[167] Orts, M.P., van Asten, A., and Kohler, I. The Evolution Toward Designer Benzodiazepines in Drug-Facilitated Sexual Assault Cases *J Analytical Tox*, 2022, Vol 47(1). https://doi.org/10.1093/jat/bkac017

unwanted contact, and later recall and describe the events in detail.[168,169,170] These effects are dose-dependent and can vary based on the specific benzodiazepine, the amount taken, the person's previous exposure to such drugs, and any alcohol or other substances taken at the same time.[171,172,173] This overall pattern of effects on consciousness, judgment, and memory is consistently described in clinical and forensic literature and is central to understanding how benzodiazepines can be used in DFSA.[174,175,176,177,178]

### Background on Opiates and Opioids

Opiates and opioids are a class of drugs that bind to opioid receptors in the brain and body to provide pain relief, euphoria, and sedation.[179,180,181] Opiates are naturally occurring alkaloids like morphine and codeine, while the broader term 'opioids' includes these drugs as well as semi-synthetic or synthetic analogs such as heroin, methadone, oxycodone, hydrocodone, and

[168] United Nations Office on Drugs and Crime. *Guidelines for the Forensic Analysis of Drugs Facilitating Sexual Assault and Other Criminal Acts*. 2011 https://www.unodc.org/documents/scientific/forensic_analys_of_drugs_facilitating_sexual_assault_and_other_criminal_acts.pdf

[169] Orts, M.P., van Asten, A., and Kohler, I. The Evolution Toward Designer Benzodiazepines in Drug-Facilitated Sexual Assault Cases *J Analytical Tox*, 2022, Vol 47(1). https://doi.org/10.1093/jat/bkac017

[170] Robertson, M. and Raymon, L. "Rohypnol and Other Benzodiazepines" in *Drug-Facilitated Sexual Assault: A Forensic Handbook* edited by Marc A. LeBeau and Ashraf Mozayani; Academic Press, 2001, page 89.

[171] Griffin, C.E, et al. Benzodiazepines Pharmacology and Central Nervous System-Mediated Effects. *Ochsner*, 2013, Volume 13, Issue 2 https://pmc.ncbi.nlm.nih.gov/articles/PMC3684331/

[172] Thalib, H.I, et al. Forensic Toxicology of Benzodiazepines: Neuropharmacological Effects, Analytical Challenges, and Emerging Detection Strategies. *Front Toxicol*, 2025, Sep 25; 7 https://doi.org/10.3389/ftox.2025.1639890

[173] Orts, M.P., van Asten, A., and Kohler, I. The Evolution Toward Designer Benzodiazepines in Drug-Facilitated Sexual Assault Cases *J Analytical Tox*, 2022, Vol 47(1). https://doi.org/10.1093/jat/bkac017

[174] Griffin, C.E, et al. Benzodiazepines Pharmacology and Central Nervous System-Mediated Effects. *Ochsner*, 2013, Volume 13, Issue 2 https://pmc.ncbi.nlm.nih.gov/articles/PMC3684331/

[175] Edinoff, A.N., et al. Benzodiazepines: Uses, Dangers, and Clinical Considerations. *Neurology Int*, Nov 2021, Volume 13, Issue 4 https://doi.org/10.3390/neurolint13040059

[176] Thalib, H.I, et al. Forensic Toxicology of Benzodiazepines: Neuropharmacological Effects, Analytical Challenges, and Emerging Detection Strategies. *Front Toxicol*, 2025, Sep 25; 7 https://doi.org/10.3389/ftox.2025.1639890

[177] Orts, M.P., van Asten, A., and Kohler, I. The Evolution Toward Designer Benzodiazepines in Drug-Facilitated Sexual Assault Cases *J Analytical Tox*, 2022, Vol 47(1). https://doi.org/10.1093/jat/bkac017

[178] United Nations Office on Drugs and Crime. *Guidelines for the Forensic Analysis of Drugs Facilitating Sexual Assault and Other Criminal Acts*. 2011 https://www.unodc.org/documents/scientific/forensic_analys_of_drugs_facilitating_sexual_assault_and_other_criminal_acts.pdf

[179] Kerrigan, S. and Goldberger, B.A. "Opioids" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 347-369.

[180] Sandilands, E.A. and Bateman, D.N. Opioids. *Medicine*, Mar 2016, Vol. 44, Number 3, https://doi.org/10.1016/j.mpmed.2015.12.021

[181] LeMerrer, J. et al. Reward Processing by the Opioid System in the Brain. *Physiol Rev*, Oct 2009, Vol. 89, Number 4, https://doi.org/10.1152/physrev.00005.2009

fentanyl. They are widely used in medical settings for pain relief but carry significant risks of misuse and dependence.[182]

The pharmacological effects of opioids include dose-dependent CNS depression, which presents as sedation, drowsiness, slowed breathing, and decreased heart rate.[183] At higher doses, this respiratory depression can become life-threatening and is the main cause of opioid overdose deaths. Opioids also produce cognitive impairment, confusion, and psychomotor slowing, which can substantially reduce coordination and functional capacity during intoxication, particularly at higher doses or in combination with other CNS depressants.[184,185] While less common than with other drug classes, some opioids – especially at toxic doses or in susceptible individuals – can cause hallucinations, delirium, and psychosis-like symptoms.[186] Opioids have a high potential for addiction due to their strong impact on the brain's reward pathways, which can lead to tolerance, physical dependence, and characteristic withdrawal symptoms with repeated use.[187] Withdrawal symptoms are often distressing, which can reinforce continued use and make stopping difficult without medical support.

In an opioid-naïve person given a single impairing dose – such as in a drug-facilitated sexual assault scenario – the sedative, respiratory, and psychomotor effects generally lessen gradually as the drug is metabolized and eliminated, with a progressive return of consciousness and motor function rather than a sudden shift into agitation or paradoxical excitement.[188,189,190] During this time, the individual may go from appearing very sedated or unresponsive to seeming more alert, yet remain cognitively slowed and have impaired judgment for some time as the effects diminish.

Opioid use can cause noticeable impairments in attention, working memory, and episodic memory, especially in individuals with chronic or high-dose exposure, as well as in cases of acute toxicity.[191] This combination of sedation, altered consciousness, and reduced attention can significantly hinder the ability to encode and later recall information about events that occur during

---

[182] Sandilands, E.A. and Bateman, D.N. Opioids. *Medicine*, Mar 2016, Vol. 44, Number 3, https://doi.org/10.1016/j.mpmed.2015.12.021

[183] Pattinson, K.T. Opioids and the Control of Respiration. *British Journal of Anaesthesia*, 2008, Vol. 100, Number 6, https://doi.org/10.1093/bja/aen094

[184] Zacny, J.P. A Review of the Effects of Opioids on Psychomotor and Cognitive Functioning in Humans. *Experimental and Clinical Psychopharmacology.* 1995, Vol 3, Number 4, https://psycnet.apa.org/doi/10.1037/1064-1297.3.4.432

[185] Mahoney, J.J., et al. A Pilot Study Investigating Cognitive Impairment Associated with Opioid Overdose. *Drug Alcohol Depend.* 2023, Vol 247, https://doi.org/10.1016/j.drugalcdep.2023.109865

[186] Sivanesan, E., et al. Opioid-Induced Hallucinations: A Review of the Literature, Pathophysiology, Diagnosis, and Treatment. *Anesthesia & Analgesia.* 2016, Vol 123, Number 4, https://doi.org/10.1213/ANE.0000000000001417

[187] Kerrigan, S. and Goldberger, B.A. "Opioids" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 347-369.

[188] Orts, M.P., van Asten, A., and Kohler, I. The Evolution Toward Designer Benzodiazepines in Drug-Facilitated Sexual Assault Cases *J Analytical Tox*, 2022, Vol 47(1). https://doi.org/10.1093/jat/bkac017

[189] Kerrigan, S. and Goldberger, B.A. "Opioids" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, pages 347-369.

[190] Sandilands, E.A. and Bateman, D.N. Opioids. *Medicine*, Mar 2016, Vol. 44, Number 3, https://doi.org/10.1016/j.mpmed.2015.12.021

[191] Mahoney, J.J., et al. A Pilot Study Investigating Cognitive Impairment Associated with Opioid Overdose. *Drug Alcohol Depend.* 2023, Vol 247, https://doi.org/10.1016/j.drugalcdep.2023.109865

opioid intoxication.[192] When intoxication or overdose results in hippocampal damage or opioid-associated amnestic syndrome, individuals may experience severe anterograde amnesia and memory gaps related to events during and around the intoxication period.[193,194] Research on opioid-dependent and polysubstance-dependent individuals shows deficits in attention, working memory, episodic memory, and executive function during active use and early recovery.[195,196] Long-term opioid use is also associated with reduced cognitive performance, including challenges in working memory and recalling specific personal experiences.

These neurocognitive and memory effects are especially concerning when it comes to consent. Acute opioid intoxication, particularly at impairing doses, can reduce decision-making capacity by impairing attention, judgment, and awareness of consequences. This can weaken an individual's ability to provide informed and voluntary consent while intoxicated. Neuroimaging studies in opioid-dependent patients show gray matter abnormalities in brain areas linked to decision-making and impulse control, consistent with observed deficits in executive functioning.[197] Ethical analyses of consent in opioid agonist treatment emphasize that meaningful consent requires that individuals not be in acute intoxication or withdrawal, and that they retain sufficient cognitive capacity to understand information and communicate a voluntary choice.[198] By analogy, these same neurocognitive requirements – awareness, understanding of risks, and freedom from coercion – form the basis of medical standards for consent.

Even when a person appears awake or superficially responsive during significant opioid intoxication, impaired awareness, slowed thinking, and altered perception can prevent them from fully understanding the situation, recognizing risks, or making independent judgments. This can seriously call into question the validity of any claimed consent.[199] In such circumstances, any apparent agreement might not reflect genuine free will or informed decision-making. These risks are even higher when opioids are combined with other CNS depressants like alcohol or benzodiazepines, which can produce additive or synergistic effects on sedation, respiratory

---

[192] Bhatia, G., Ganesh, R., and Kulkarni, A. Cognitive Impairment in Opioid Use Disorders: Is There a Case for Use of Nootropics? *Psychiatry Research.* 2023, Vol 326, https://doi.org/10.1016/j.psychres.2023.115335

[193] Huang, D. and Lukas, R.V. Complete Bilateral Hippocampal Diffusion Restriction and Reversible Amnesia Following Opiate, Cocaine, and Benzodiazepine Abuse. *Cureus.* Jan 2021, Vol 13, Number 1, https://doi.org/10.7759/cureus.12651

[194] Schiltenwolf, M., et al. Evidence of Specific Cognitive Deficits in Patients with Chronic Low Back Pain Under Long-Term Substitution Treatment of Opioids. *Pain Physician.* 2014, Vol 17, Number 1, https://www.painphysicianjournal.com/current/pdf?article=MjAzOQ%3D%3D&journal=80

[195] Bhatia, G., Ganesh, R., and Kulkarni, A. Cognitive Impairment in Opioid Use Disorders: Is There a Case for Use of Nootropics? *Psychiatry Research.* 2023, Vol 326, https://doi.org/10.1016/j.psychres.2023.115335

[196] Ersche, K.D., et al. Profile of Executive and Memory Function Associated with Amphetamine and Opiate Dependence. *Neuropsychopharmacology.* 2006, Vol 31, https://doi.org/10.1038/sj.npp.1300889

[197] Wollman, S.C., et al. Gray Matter Abnormalities in Opioid-Dependent Patients: A Neuroimaging Meta-Analysis. *American Journal Drug Alcohol Abuse.* September 2017, Vol 43, Number 5, https://doi.org/10.1080/00952990.2016.1245312

[198] Carter, A. and Hall, W. Informed Consent to Opioid Agonist Maintenance Treatment: Recommended Ethical Guidelines. *International Journal of Drug Policy.* Feb 2008, Vol 19, Number 1, https://doi.org/10.1016/j.drugpo.2007.09.007

[199] Carter, A. and Hall, W. Informed Consent to Opioid Agonist Maintenance Treatment: Recommended Ethical Guidelines. *International Journal of Drug Policy.* Feb 2008, Vol 19, Number 1, https://doi.org/10.1016/j.drugpo.2007.09.007

depression, and memory impairment, further increasing the risk of incapacitation and amnesia in drug-facilitated sexual assault scenarios.

### *Background on Cannabis and Tetrahydrocannabinol (THC)*

Cannabis (*Cannabis sativa L*, commonly known as marijuana) is the most widely used illicit drug worldwide. The cannabis plant is notable for its complexity, as it contains over 100 distinct, naturally occurring cannabinoids.[200] The most prominent cannabinoid is delta-9-tetrahydrocannabinol (THC), the main psychoactive compound in cannabis.

Cannabis is usually inhaled through smoking or vaping.[201] It can also be consumed orally as an oil, in capsules, or added to food products ("edibles").

The pharmacological effects of cannabis are primarily caused by THC and its equally active metabolite, 11-hydroxy-delta-9-tetrahydrocannabinol (11-OH-THC). The behavioral effects include euphoria and relaxation, altered perception of time, lack of concentration, impaired learning and memory, and mood changes (e.g., panic reactions or paranoia). Physiological effects may include an elevated heart rate, dry mouth and throat, bloodshot eyes, and increased appetite. These acute effects on mood, perception, attention, and memory can reduce situational awareness and interfere with accurate recall of events, which is clinically relevant in the context of alleged DFSAs.[202]

Cannabis is commonly detected in toxicological tests from alleged DFSA cases, often together with ethanol and other substances.[203,204,205] A review of 22 DFSA cohort studies across multiple jurisdictions reported cannabis among the most commonly detected drugs in suspected DFSA victims, though the presence of cannabis alone does not establish that it was used with the intent to facilitate the assault or that it caused incapacitation.

Acute cannabis use, especially at moderate to high doses, can impair performance across various neurocognitive tasks. The most consistent effects are observed in attention, processing speed,

---

[200] Huestis, Marilyn A. "Cannabis" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020.

[201] Huestis, M.A. Human Cannabinoid Pharmacokinetics. *Chem Biodivers*, Vol 4, Issue 8, 2007, pages 1770-1804. https://doi.org/10.1002/cbdv.200790152

[202] Crean, R.D., Crane, N.A., and Mason, B.J., An Evidence Based Review of Acute and Long-Term Effects of Cannabis Use on Executive Cognitive Functions. *J Addict Med*, Vol 5, No 1, 2012. https://doi.org/10.1097/ADM.0b013e31820c23fa

[203] Skov, K., et al., A Review on the Forensic Toxicology of Global Drug-Facilitated Sexual Assaults. *Eur Rev Med Pharmacol Sci*, Vol 26, No 1, 2022. https://doi.org/10.26355/eurrev_202201_27767

[204] Hall, J.A. and Moore, C.B.T., Drug-Facilitated Sexual Assault - A Review. *J For Leg Med*, Vol 15, Issue 5, 2008. https://doi.org/10.1016/j.jflm.2007.12.005

[205] Dempsey, S.K., et al., Evaluation of Suspected Drug-Facilitated Sexual Assault Cases in the City of Houston from 2014 to 2020. *J For Sci*, Vol 67, Issue 6, 2022. https://doi.org/10.1111/1556-4029.15146

psychomotor performance, and executive functions (e.g., planning, decision-making).[206,207,208] These effects might impair a person's ability to assess situations, establish boundaries, or refuse unwanted advances. They can also affect memory for events, which is important when evaluating capacity to consent in cases of alleged DFSA. Controlled studies indicate that occasional users generally experience more immediate impairment than frequent users at similar THC doses, especially in tasks involving complex tasks that require attention.[209]

The length of cannabis-induced impairment depends on the dose, method of use, user traits, and the specific task demands.[210,211] A recent meta-regression of controlled THC studies reported a "window of impairment" on the order of about 5 to 8 hours, with longer impairment after higher oral doses and shorter durations after lower smoked or vaporized doses.[212] An evidence-based review of acute and long-term cognitive effects describes acute executive-function impairments predominantly within the first several hours (roughly 0 to 6 hours) after use.[213]

THC is metabolized rapidly in the body, producing the inactive metabolite 11-nor-delta-9-carboxy-tetrahydrocannabinol (11-COOH-THC).[214] This metabolite is detectable longer than THC, making it the focus of workplace drug testing for marijuana use.[215] Because 11-COOH-THC can be detected in blood or urine long after the acute effects have subsided, its presence in DFSA investigations may only signify past cannabis use and may not reflect the drug's involvement at the time of the alleged offense.

---

[206] Marks, D.F. and MacAvoy, M.G. Divided Attention Performance in Cannabis Users and Non-Users Following Alcohol and Cannabis Separately and in Combination. *Psychopharmacology (Berl)*, Vol 99, No. 3, 1989, pages 397-401. https://doi.org/10.1007/bf00445566

[207] Crean, R.D., Crane, N.A., and Mason, B.J., An Evidence Based Review of Acute and Long-Term Effects of Cannabis Use on Executive Cognitive Functions. *J Addict Med*, Vol 5, No 1, 2012. https://doi.org/10.1097/ADM.0b013e31820c23fa

[208] Ramaekers, J.G., et al., Neurocognitive Performance During Acute THC Intoxication in Heavy and Occasional Cannabis Users. *J Psychopharmacology*, Vol 23, No 3, 2009, pages 266-277. https://doi.org/10.1177/0269881108092393

[209] Ramaekers, J.G., et al., Neurocognitive Performance During Acute THC Intoxication in Heavy and Occasional Cannabis Users. *J Psychopharmacology*, Vol 23, No 3, 2009, pages 266-277. https://doi.org/10.1177/0269881108092393

[210] McCartney, D., et al. The 'Next Day' Effects of Cannabis Use: A Systematic Review. *Cannabis Cannabinoid Res*, Vol 8, Issue 1, Feb 2023, pages 92-114. https://doi.org/10.1089/can.2022.0185

[211] Crean, R.D., Crane, N.A., and Mason, B.J., An Evidence Based Review of Acute and Long-Term Effects of Cannabis Use on Executive Cognitive Functions. *J Addict Med*, Vol 5, No 1, 2012. https://doi.org/10.1097/ADM.0b013e31820c23fa

[212] McCartney, D., et al., Determining the Magnitude and Duration of Acute $\Delta^9$-Tetrahydrocannabinol ($\Delta^9$-THC)-Induced Driving and Cognitive Impairment: A Systematic and Meta-Analytic Review. *Neuroscience & Biobehavior Rev*, Vol 126, 2021. https://doi.org/10.1016/j.neubiorev.2021.01.003

[213] Crean, R.D., Crane, N.A., and Mason, B.J., An Evidence Based Review of Acute and Long-Term Effects of Cannabis Use on Executive Cognitive Functions. *J Addict Med*, Vol 5, No 1, 2012. https://doi.org/10.1097/ADM.0b013e31820c23fa

[214] Huestis, M.A. Human Cannabinoid Pharmacokinetics. *Chem Biodivers*, Vol 4, Issue 8, 2007, pages 1770-1804. (https://doi.org/10.1002/cbdv.200790152)

[215] Department of Health and Human Services (DHHS), Substance Abuse and Mental Health Services Administration (SAMHSA). Mandatory Guidelines for Federal Workplace Drug Testing Programs. *Federal Register,* Volume 82, Number 13, January 23, 2017. (https://www.govinfo.gov/content/pkg/FR-2017-01-23/pdf/2017-00979.pdf#page=22)

***Calculations Performed for this Case:***

Widmark calculations were performed to estimate how a single standard alcoholic drink would impact the BAC of a typical 21-year-old female drinker who is 5'8" tall and weighs 165 pounds. These calculations are shown in Exhibit A. **One standard drink is expected to raise the BAC of a typical woman of this age and size by about 0.034 g%, with a range of 0.029 to 0.040 g%. Once the alcohol is absorbed into the bloodstream, her BAC would be expected to drop by 0.010 to 0.025 g% for each hour that passes.** Exhibit A shows these calculations. If a specific drinking history is given, these calculations can estimate the BAC range for a typical 21-year-old woman who is 5'8" tall and weighs 165 pounds. This estimated BAC range can then be compared to the signs and symptoms observed in average social drinkers, as described in Table 1. Exhibit B, derived from Table 1, may also be helpful to understand the impact of increasing BAC on the brain in the average adult social drinker.

It should be noted that these calculations align with ANSI/ASB BPR 122: *Best Practice Recommendation for Performing Alcohol Calculations in Forensic Toxicology*.[216,217,218]

***Interpretations and Opinions:***

Calculations for a typical 21-year-old female drinker, who is 5'8" and weighs 165 pounds, show that a single standard alcoholic drink would be expected to raise her BAC from between 0.029 to 0.040 g%. Table 1 illustrates the cognitive, behavioral, and psychomotor impairments caused by increasing ethanol doses.

Social drinkers in the *Euphoria Stage* often show signs like feeling more self-confident, being more open and talkative, experiencing decreased inhibitions, losing focus, having impaired judgment, processing information more slowly, and performing poorly on critical tests. If she is a typical social drinker, the woman described above would need at least one standard drink to reach the *Euphoria Stage*.

At the *Excitement Stage*, typical social drinkers may exhibit some or all of the clinical signs and symptoms listed in Table 1. These symptoms include emotional instability; impaired perception, memory, or understanding; delayed reaction times; drowsiness; impaired balance; and slurred speech. The hypothetical female mentioned above would require about three or more standard drinks to reach the *Excitement Stage*.

Social drinkers in the *Confusion Stage* typically exhibit signs such as disorientation, mental confusion, vertigo, slurred speech, exaggerated emotions, increased muscular incoordination, and staggering. The woman would likely require between 4.5 and 10 standard drinks in her system at the same time to reach the *Confusion Stage*.

---

[216] ANSI/ASB Best Practice Recommendation 122, *Best Practice Recommendation for Performing Alcohol Calculations in Forensic Toxicology*, First Edition, 2024 (https://www.aafs.org/sites/default/files/media/documents/122_BPR_e1.pdf).
[217] Levine, Barry S., Caplan, Yale H., and Jones, A. Wayne. "Alcohol" in *Principles of Forensic Toxicology* edited by Barry S. Levine and Sarah Kerrigan; 5th Edition; Springer, 2020, page 298-299.
[218] Jones, A.W. Pharmacokinetics of Ethanol – Issues of Forensic Importance. *Forensic Science Review*; 2011; Vol. 23; Issue 2; pages 91-136.

At the *Stupor Stage*, typical social drinkers may show some or all of the signs listed in Table 1. These signs include severe muscle incoordination, inability to stand or walk, intense vomiting, incontinence of urine and feces, impaired consciousness, sleep or stupor, deep snoring, and near loss of all motor functions. To reach this stage, the woman would need to have between 6.25 and 10 standard drinks still present in her system.

***Parameters of this Expert Report:***

The interpretations and opinions presented in this report are based on the information received, the cited literature, and my education and training. They may change as new information becomes available.

It should be noted that phrases such as "reasonable degree of scientific certainty" or "reasonable degree of medical certainty" are legal phrases without recognized scientific meaning.[219,220,221] However, it is important to note that the findings and opinions expressed in this report are based on established scientific principles of forensic toxicology. All analyses were conducted in accordance with professional standards, and my interpretations and opinions align with peer-reviewed scientific literature. These conclusions demonstrate the scientific rigor employed in academic research and professional practice within the field.

Marc A. LeBeau, Ph.D., F-ABFT
March 20, 2026

---

[219] Testimony Using the Term "Reasonable Scientific Certainty". Views Document by the Subcommittee on Reporting and Testimony of the National Commission on Forensic Science. Testimony using the term "Reasonable Scientific Certainty" (justice.gov).
[220] U.S. Department of Justice, Office of Attorney General, Memorandum for Heads of Department Components (justice.gov); September 6, 2016.
[221] ANSI/ASB Best Practice Recommendation 037, Guidelines for Opinions and Testimony in Forensic Toxicology, First Edition, 2019. https://www.aafs.org/sites/default/files/media/documents/037_BPR_e1.pdf.

# EXHIBIT A: WIDMARK CALCULATIONS TO CALCULATE THE IMPACT OF A SINGLE STANDARD ALCOHOLIC DRINK



**EXHIBIT B: STAGES OF ALCOHOL INTOXICATION**
**Adapted from Table 1 – K.M. Dubowski "Stages of Acute Alcoholic Influence/Intoxication", 2012**

