**From:** Bruce Barket
**To:** Bennek, Rachel (USANYE)
**Cc:** Nicole Aloise; Bensing, Kayla (USANYE)
**Subject:** [EXTERNAL] Re: US v. Merrone - Medical Procedure Information
**Date:** Sunday, April 19, 2026 4:49:32 PM

Right. And he is currently barred from travel util may 4

Bruce A. Barket
Barket, Epstein, Kearon, Aldea & LoTurco
666 Old Country Road (700)
Garden City, NY 11530
Barketepstein.com
Office 516 745-1500
Mobile (516) 287-7230

> On Apr 19, 2026, at 3:45 PM, Bennek, Rachel (USANYE) <Rachel.Bennek@usdoj.gov> wrote:

Hi Bruce:

We want to make sure we are understanding correctly.  I understand what you are saying below to mean that it is not the surgery that is supposed to happen tomorrow, or the recovery therefrom, that could result in a trial delay.  Is that correct?  My understanding from our call Friday was that you were unsure if the defendant would be cleared by the doctor for post-surgery travel in time to appear by May 4.

Thank you for clarifying.

Best,

Rachel Bennek

---

**From:** Bruce Barket <bbarket@barketepstein.com>
**Sent:** Sunday, April 19, 2026 3:30 PM
**To:** Bennek, Rachel (USANYE) <Rachel.Bennek@usdoj.gov>; Nicole Aloise <naloise@barketepstein.com>
**Cc:** Bensing, Kayla (USANYE) <Kayla.Bensing@usdoj.gov>
**Subject:** [EXTERNAL] Re: US v. Merrone - Medical Procedure Information

Good afternoon,

We are not requesting any relief at this point and hope that our client can appear on May 4th and that the case proceeds as scheduled. Given that, we don't think providing the Government with any further information that is otherwise privileged would be appropriate. We alerted you on Friday to potential problem as a courtesy.

As for the surgery, you seem to imply that if we were to request a delay of the trial, it would be in part based of the scheduled surgery on Monday. That is not our understanding. The surgery will hopefully alleviate some of the symptoms.

Of course, we will let you know how his condition progresses.

Happy to speak again tomorrow if you like.

Bruce A. Barket, Esq.
Barket Epstein Kearon Aldea & LoTurco, LLP
666 Old Country Road , Ste. 700
Garden City, NY 11530
(516) 745 1500 [P]  (516) 745 1245 [F]
www.barketepstein.com

This transmittal may be a confidential attorney client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone or email and immediately delete this message and all its attachments

---

**From:** Bennek, Rachel (USANYE) <Rachel.Bennek@usdoj.gov>
**Sent:** Saturday, April 18, 2026 8:46 PM
**To:** Bruce Barket <bbarket@barketepstein.com>; Nicole Aloise <naloise@barketepstein.com>
**Cc:** Bensing, Kayla (USANYE) <Kayla.Bensing@usdoj.gov>
**Subject:** US v. Merrone - Medical Procedure Information

Hi Bruce:

We are requesting that you provide us in writing with the information you have regarding the defendant's surgery and, more specifically, when the issue was identified and why it is necessary to proceed on Monday rather than after the trial. We are also requesting that you provide us a letter from his doctor with these details, as well as what the expected recovery is. We are requesting this information by Monday so we can make an application to the Court if necessary— as we have flagged for you several times, witness travel in this case has been extraordinarily difficult to arrange in light of the industry many of the witnesses work in, and an adjournment is not practicable at this stage. And, of course, we have already complied with all of the applicable trial deadlines, including producing 3500 material to you, and have more deadlines approaching on Monday, so we are requesting a fuller understanding of this issue.

Thanks very much,

Rachel A. Bennek
Assistant United States Attorney
Eastern District of New York
271A Cadman Plaza East
Brooklyn, New York 11201
718.254.6140 (Office)
929.289.2317 (Cell)
rachel.bennek@usdoj.gov