

BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • (F) 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

May 1, 2026

The Honorable Ramon. E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: United States v. Merrone
Criminal Docket No. 25-171 (RER)

Dear Judge Reyes:

I respectfully submit this letter in response to our last court conference on April 24, 2026, and to the government's letter dated April 29, 2026. Pursuant to the Court's order, we have turned over all of Mr. Merrone's medical records dating back to his original injury. Additionally, we had an independent doctor look at the medical records to assist with our understanding of Mr. Merrone's condition. No report was generated and we will not be calling him as a witness for this case.

Our doctor has informed us that Mr. Merrone's injury is in fact very serious, and, given the location of the infection, there is distinct possibility that he will not be able to withstand trial in July. We are sensitive to the government's witness availability and relayed this information to them as soon as we learned it. After Mr. Merrone's follow-up appointment with his surgeon on Monday, May 4th, we will have a better idea of timing, but we wanted to put the Court on notice at the earliest possible time.

Thank you.

Nicole M. Aloise, Esq.