

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

 - against –                                          Docket No. 25-CR-171

JOHN MERRONE,                                         June 5, 20026

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X


<u>THE DEFENSE'S VOIR DIRE REQUESTS</u>


The defense disagrees with the following proposals by the government and requests the following solutions.

<u>Request No. 1</u>

The government proposes:

The indictment in this case charges the defendant, John Merrone, with aggravated sexual abuse, sexual abuse and abusive sexual contact aboard a bulk carrier vessel traveling from Bahrain to the United States. The government alleges that, on September 9, 2019, during the course of the sailing, the defendant, the captain of the ship, drugged a woman aboard the ship, without her knowledge or permission, and engaged in unwanted and non-consensual sexual acts and contact with her. The defendant has pleaded not guilty and is presumed innocent <u>until proven guilty</u>. Now that you've heard the statement of

what the case is about, do you recognize this case, meaning do you have any personal knowledge of the charges in the indictment or facts relating to it, as I have described them to you?

We object to the underlined phrase "until proven guilty" and request that it be left out of this line of questioning.

### Request No. 2

The government proposes:

Do you believe that a sex act does not constitute rape or non-consensual sex unless the victim or non-consenting party used physical force to resist the sex act? In other words, do you believe that a victim or non-consenting party must fight or physically resist for the sex act to be rape or sexual assault?

We object to this line of questioning and believe that the same effect can be achieved by asking the following:

The judge will instruct you that in order to find the defendant guilty, the government has to prove that he lacked consent and that consent can be manifested verbally, physically, or by a combination of the two, and physical resistance is not required. Can you follow this definition as provided by the court?

### Request No. 3

The government proposes:

Do you believe that someone who voluntarily consumed alcohol or drugs could not be incapacitated and unable to consent to have sex?

We object to the phrasing of this question and believe the same can be achieved by asking:

Do you believe that someone who voluntarily consumed alcohol or drugs could become incapacitated and unable to consent to sex? On the other hand, do you believe that someone who voluntarily consumed alcohol or drugs and becomes intoxicated can still engage in consensual sex?

Request No. 4

The government proposes:

Because of the nature of the charges, you may be required to hear testimony concerning sexual abuse and assault. Do you have, or has anyone close to you had, any experiences related to sexual abuse, assault or misconduct, including being a victim or witness? Alternatively, have you or has anyone close to you been accused of sexual abuse, assault or misconduct? If so, would these experiences affect your ability to be a fair and impartial juror in this case?

We request that if the Court is to ask this line of questioning, it be followed with this question:

At the end of the case you will be given the law as it concerns the crimes for which this defendant is charged. As you listen to the evidence in the case do you promise to keep an open mind and not equate the quantity of evidence with the quality of evidence?

Respectfully submitted,

/s/

Bruce A. Barket  & Nicole M. Aloise

Attorney for John Merrone

Barket, Epstein, Kearon, Aldea & LoTurco

666 Old Country Road

Garden City, NY 11530