GOVERNMENT
EXHIBIT
**S-1**
**25-CR-171 (RER)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN MERRONE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

          **S T I P U L A T I O N**

          Case No. 25-CR-171 (RER)

       IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA, through undersigned counsel, and the defendant JOHN MERRONE, through his attorney, that:

       1.     Coordinated Universal Time or "UTC" is a time standard globally used to establish a reference point across time zones. UTC and Zulu or "Z" time are the same.

       2.     In September 2019, New York observed Eastern Daylight Savings time, which is four hours behind UTC and Z time.

       3.     This stipulation is marked as Government Exhibit S-1, and is admissible in evidence at trial in the above-captioned case.

Dated: Brooklyn, New York
      _____June 15_____, 2026

                                JOSEPH NOCELLA, JR.
                                United States Attorney

_____     By:   *Rachel A. Bennek*
Bruce Barket                         Kayla C. Bensing
Counsel for John Merrone           Rachel A. Bennek
                                  Assistant U.S. Attorneys