# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF NEW YORK

## UNITED STATES OF AMERICA v. JOHN MERRONE

Case No.: Case No.: 1:25-CR-00171-RER

## DEFENDANT'S NOTICE OF EXPERT WITNESS TESTIMONY NOTICE PURSUANT TO FED. R. CRIM. P. 16(b)(1)(C)

**Expert Witness:** Dr. Jimmie L. Valentine **Specialty:** Medical Pharmacology and Forensic Toxicology; Retired Professor of Pediatrics, Pharmacology, and Myeloma Research, University of Arkansas College of Medicine

## Qualifications

Dr. Valentine is Board Certified in Applied Pharmacology by the American Board of Clinical Pharmacology, Inc. He holds graduate training in Medicinal Chemistry and has extensive clinical, academic, and forensic experience in the pharmacology of alcohol and drugs acting on the central nervous system. He has published peer-reviewed work on drug-facilitated sexual assault (DFSA), has taught medical students and resident physicians on the subject, and has previously been qualified as an expert in medical pharmacology and forensic toxicology in multiple trial proceedings involving alleged sexual assault. His full curriculum vitae has been produced in this matter and is incorporated herein by reference.

## Subject Matter of Testimony

Dr. Valentine will offer expert opinion testimony in the following areas:

### 1. Drug-Facilitated Sexual Assault — General Overview

Dr. Valentine will testify regarding the pharmacological mechanisms by which alcohol and/or controlled substances can be used to incapacitate an individual for purposes of sexual assault. He will address which categories of substances have documented relevance to DFSA in the medical and scientific literature, their general availability, and — drawing on his background in Medicinal Chemistry — the chemical properties that make certain substances suitable for covert administration in alcoholic beverages, including relevant properties of solubility and taste.

**2. Drug Classes Associated with DFSA**

Dr. Valentine will testify regarding several recognized classes of substances with documented use in DFSA. For each class, his testimony will address observable effects on physical appearance and mental functioning, approximate duration of impairment, residual next-morning effects, and whether the substance possesses a detectable taste that a person might discern if it were covertly administered in a beverage. The classes he will address include:

- **Benzodiazepines** (including both rapid-onset, intermediate and long-acting compounds): This class produces dose-related sedation, and with higher doses visible impairment of motor control and coordination, emotional blunting, and significant degradation of cognitive function and judgment. A hallmark feature is anterograde amnesia, which may cause the affected individual to have no memory of events during the period of intoxication. Effects from a typical dose may last from two to twelve hours depending on the specific compound, with the possibility of residual grogginess and cognitive fog persisting into the following day.

- **Non-Benzodiazepine Sedative-Hypnotics**: Acting on central nervous system receptors like benzodiazepines, this class causes dose-related sedation, disinhibition, impaired coordination, and anterograde amnesia. Observable physical and mental effects are like benzodiazepine intoxication.

- **Opioids**: This class produces dose-related sedation, and cognitive impairment., A clinically distinguishing physical sign is the presence of constricted pupils, which is not produced by alcohol or most other DFSA substances. Peak impairment typically lasts two to four hours, though residual sedation, nausea, and cognitive dulling may persist well into the following day. Opioids have a bitter taste that may be partially masked by a strongly flavored alcoholic beverage, though detectability varies by compound and concentration.

- **Gamma-Hydroxybutyrate (GHB) and its analogs**: GHB is particularly associated with DFSA due to its near-colorless and nearly tasteless profile in liquid form, making it among the most difficult of all DFSA substances to detect when added to a beverage. At lower doses it produces euphoria and disinhibition; at higher doses it causes a rapid and dramatic transition to sedation. Complete anterograde amnesia is common. Effects typically last three to six hours, though GHB clears the body rapidly, which can significantly complicate forensic detection if testing is delayed.

- **Chloral Hydrate**: One of the oldest known sedative compounds and historically associated with covert administration, chloral hydrate causes rapid sedation and disorientation, typically within thirty minutes of ingestion, and its effects are enhanced by concurrent administration of alcohol. The degree of apparent incapacitation may appear inconsistent with the amount of alcohol the person is known to have consumed. Effects last four to eight hours, with next-morning headache, nausea, and residual cognitive impairment commonly reported. Chloral hydrate has a somewhat bitter and slightly pungent taste that may be detectable in some beverages, though it can be partially masked by strongly flavored mixers or spirits.

- **Barbiturates**: This class broadly depresses the central nervous system, producing sedation, impaired motor control, slurred speech, emotional disinhibition, and at higher doses a stuporous or unconscious state. Effects last four to eight hours depending on the specific compound, with some residual effects the following day. Most barbiturates have a bitter quality that may be partially blunted by the beverage in which they are dissolved.

### 3. Alcohol Potentiation

Dr. Valentine will testify that alcohol potentiates the sedative, amnestic, and physiological effects of each drug class identified above. He will explain how the combination of alcohol with substances from these classes can produce an additive effect. Without toxicology testing identifying one of these drugs, the clinical presentation cannot be distinguished from acute alcohol intoxication. He will offer a framework for evaluating observable impairment in the absence of confirmatory laboratory results.

### 4. Effects of Hard Alcohol on a Young Woman — Pharmacokinetic Modeling

Dr. Valentine will testify regarding the anticipated effects of hard alcohol on a woman in her early twenties, approximately 5'8" and 165 pounds, using standard pharmacokinetic modeling. His testimony will address estimated blood alcohol concentration (BAC) at varying levels of consumption, the progressive cognitive and physical effects associated with rising BAC, the conditions under which fragmentary or complete blackout may occur, and the factors that can materially affect these estimates — including rate of consumption, food intake, hydration, fatigue, individual metabolic variation, and the presence of other substances. He will further address the residual symptoms that may be present the following morning and their potential overlap with the after-effects of DFSA substances.

### 5. Physiological Factors — Alcohol Metabolism During Menstruation

Dr. Valentine will testify that alcohol is metabolized differently in women during menstruation, producing higher peak BAC levels and more pronounced impairment from the same quantity of alcohol consumed at other points in the menstrual cycle. He will address the hormonal mechanisms involved, the role of alcohol dehydrogenase activity, and the compounding effects of menstruation-associated physical symptoms and commonly used over-the-counter medications. He will explain why menstrual cycle phase is a physiologically significant variable in any forensic assessment of a woman's level of intoxication.

### 6. Opinions Regarding the Alleged Conduct of the Complaining Witnesses

Dr. Valentine will offer the opinion that the effects experienced by, and the conduct and demeanor attributed to, the two complaining witnesses identified in the instant indictment are more consistent with the effects of voluntary alcohol intoxication than with the administration of any exogenous controlled substance or DFSA agent. Drawing on his review of the available record — and accounting for the complete absence of toxicological testing, SANE evaluation, or any biological specimen capable of confirming the presence of a DFSA substance in either complainant — Dr. Valentine will testify that the symptom profile, behavioral presentation, and

by, the known pharmacological effects of alcohol alone at the relevant levels of consumption. He will further opine that the absence of confirmatory forensic evidence, considered alongside the clinical features present in the record, does not support an inference that any controlled substance was administered, and that the government cannot exclude voluntary alcohol intoxication as the sole cause of the complainants' alleged impairment. These opinions will be offered within the pharmacokinetic and clinical framework described above and are held to a reasonable degree of medical and scientific certainty.

---

**Bases and Reasons**

Dr. Valentine's opinions are grounded in his graduate training, Board certification in Applied Pharmacology, extensive teaching to medical students and resident physicians, and expert testimony provided in DFSA cases throughout the United States. references supporting his opinions include *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, *Katzung's Basic and Clinical Pharmacology*, *Garriott's Medicolegal Aspects of Alcohol*, publications of the Society of Forensic Toxicologists and the American Academy of Forensic Sciences, Widmark's foundational work on alcohol absorption and elimination, and published research in environmental physiology and reproductive endocrinology. All opinions are held to a reasonable degree of medical and scientific certainty.

---

*The defense reserves the right to supplement this notice as additional information becomes available.*

Dated: April 13, 2026

**BRUCE A. BARKET, ESQ.**
*Attorney for the Defendant*

**JIMMIE L. VALENTINE, Ph.D.**