

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KCB/RAB
F. #2022R00013

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 3, 2026

<u>By ECF</u>

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Merrone
            <u>Criminal Docket No. 25-171 (RER)</u>

Dear Judge Reyes:

The government respectfully submits this letter in response to the defendant's requests to charge the jury. ECF No. 51.

Specifically, the defendant requests two charges: the first relates to the defendant's various violations of policy and other inappropriate non-criminal behaviors; and the second pertains to evidence relating to the defendant's sexual assaults of other women being admitted pursuant to Federal Rule of Evidence 413. The government does not oppose the Court providing instructions to the jury as to both topics, but objects to the language proposed by the defendant in his filing.

Specifically, as to the defendant's first proposed request, the government objects to the defendant's language as confusing and, in certain instances—such as where it provides instructions on the charged crimes—duplicative and/or inconsistent. The government proposes the following alternative instruction:

> You have heard evidence about certain policies and training programs of the Liberty Maritime Corporation that were applicable aboard the Liberty Glory. I remind you that the defendant is not charged with violating any of those policies. Moreover, it is not a crime, in and of itself, to violate a policy. This testimony was offered for a limited purpose. You may consider this evidence along with the other evidence in the case in determining the defendant's knowledge, opportunity, and intent.

See <u>United States v. Hwa</u>, 18-CR-538 (MKB), ECF No. 199 at 17.

    The defendant's second request seeks an instruction regarding the Rule 413 evidence relating to the defendant's sexual assaults of other women.  The government proposed an instruction relating to the Rule 413 evidence in its request to charge filed April 20, 2026, ECF No. 41-3 at 20, and respectfully requests that the Court provide the government's proposed instruction at trial.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:  /s/           
        Kayla Bensing
        Rachel A. Bennek
        Assistant U.S. Attorneys
        (718) 254-6279/6140